ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 2 5

LUTHER D. THOMAS, Clerk
By: _____
_____ Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

CARLA J. KEPLINGER, Individually and as )
Administrator of the Estate of )
ROBERT KEPLINGER, )
    )
    Plaintiff, )
    )
v. )
    )
UNITED STATES OF AMERICA AND ITS )
AGENCY, THE DEPARTMENT OF )
VETERANS AFFAIRS, )
    )
    Defendant. )
_____ )

CIVIL ACTION NO. _____

**1:03-CV-1137**



## COMPLAINT

    Carla J. Keplinger, Individually and as Administrator of the Estate of Robert

Keplinger, for her Complaint against the United States of America, alleges and

states as follows:

1.

    This is an action brought pursuant to the Federal Tort Claims Act and thus

this Court has jurisdiction of this action pursuant to 28 U.S.C. § 1346(b).

2.

    The acts and omissions that are the subject of this action occurred in DeKalb

County, Georgia and therefore venue is appropriate pursuant to 28 U.S.C. §

1402(b).

3.

    Plaintiff timely presented her claims for personal injury and death to the

Department of Veterans Affairs. The Department of Veterans Affairs has not

denied Plaintiff's claims but more than six months have passed since the Plaintiff presented her claims and thus the Department of Veterans Affairs' failure to make final disposition of her claims is deemed a final denial of Plaintiff's claims. Therefore, this action is timely commenced.

4.

Plaintiff is the widow of Robert Keplinger. Ms. Keplinger is also the Administrator of Mr. Keplinger's Estate.

5.

Mr. Keplinger was a Veteran of the United States Army.

6.

As a veteran, Mr. Keplinger, when receiving medical care and treatment at Veterans Administration facilities, was entitled to receive such medical care and treatment in a nonnegligent manner.

7.

Mr. Keplinger was admitted to the VAMC in Decatur, Georgia on March 19, 2002 for an open Nissen fundoplication, a procedure intended to control gastroesophageal reflux disease. The procedure was performed on that date. After his surgery, Mr. Keplinger received fentanyl by epidural for pain control. Fentanyl is a potent opiate-based narcotic. It is also a respiratory depressant. Other post-operative orders included 12.5 milligrams of Phenergan for nausea and 25 miligrams of Benadryl for itching. Both Phenergan and Benedryl can depress respiratory function.

2

8.

A March 19, 2002, 6:30 p.m. nursing progress note in Mr. Keplinger's medical records states, in part:  ...  Epidural intact and started at 5cc/h.  O2 sats are low 90s with simple face mask at 10L.  There are two "addenda" to this note. The first states in part:  Epidural bolus given by anesthesia.  Noted some airway obstruction breathing.  Fentanyl decreased by ½ and new bag hung.  . . .  O2 less than 90 when placed on nasal cannula, changed to venti-mask 50%.  . . .  The second addendum states in part:  Remains tachycardic.  Bolus completed.  . . . Epidural is intact increased rate to keep pain less than 2 on scale.

9.

At 8:00 p.m. on March 20, 2002, the SICU flowsheet states that Mr. Keplinger was lethargic and that his oxygen saturation was 78%.

10.

At 9:45 p.m. on March 20, 2002, a nurse gave Mr. Keplinger Phenergan 25 mg IV for nausea.  Also at 9:45 p.m., a nursing progress note states in part:  ... 02 sats are 88-90% ... lethargic.  An "addendum" to this note, timed 10:30 p.m., states: Complaints of nausea.  Phenergan given.  Patient more somnolent.  O2 sats are 88-93%.  HR is 110-120s.  Epidural decreased to 9 cc/hr since so sleepy.  SOD [surgeon on duty] aware.  Arouses for short period with stimulation.  Will continue to monitor.

11.

At  10:00 p.m. on March 20, 2002, the SICU flowsheet states that Mr. Keplinger's oxygen saturation was 88% and his pain scale was zero.

12.

A March 20, 2002, 11:40 p.m. entry, apparently by a respiratory therapist, states, in part: . . . Pt changed from 6 L/min [nasal cannula] to 50% [venti-mask] due to mild respiratory distress.  $O_2$ sats at 88% on nasal cannula, pt put on 50% venti-mask per RN request,  $O_2$ sats 93% with 50% venti-mask.

13.

A March 21, 2002, 12:00 a.m. note states: . . .pain scale 0, fentanyl/marcaine for pain at flow rate 9. . .

14.

A March 21, 2002, 1:17 a.m. nursing note states, in part: ... no behavioral signs of pain, pain less than 2.  Patient states effectiveness of pain medication.  $O_2$ sats are greater than 90%.  Breath sounds clear.  Able to wean to cannula with $O_2$ sats WNL.  Assessed.  NG to BSB and drainage is small.  Epidural at 9 cc until patient is more awake.  No complaints of pain.  Urine output is adequate.  Sinus tach low 100s. . . . [As detailed below, this nurse, Patricia Hodnett twice amended this note after Mr. Keplinger's respiratory arrest.]

15.

According to the discharge summary, on "March 22, 2002, the patient had increasing problems with some somnolence and difficulty breathing after the patient was given some Phenergan for nausea.  By nursing report the patient seemed to be having difficulty with his sleep apnea which he had had a mild case of known in the past, although he was not on BiPAP and had not been treated for it at home."

4

16.

At 1:55 a.m. on March 21, 2002, a Code 99 was called because of "respiratory distress." The Code 99 status report states, in part: ... Intubation attempted by Dr. Thourani but it was unsuccessful. Epigastric sounds confirm that ET tube was in the wrong location. The same report states: Pt intubated secondary to impending respiratory failure. . . .endotracheal tube placement confirmed with chest x-ray. Patient was unable to ventilate-emergency trach inserted by Dr. Thourani.

17.

A March 21, 2002, 3:30 a.m. note by a nurse anesthetist states, in part: ... Arrived SICU pt trached by Dr. Thourani. Pt had been intubated by respiratory prior-unsuccessful.

18.

According to the discharge summary, Mr Keplinger "had a difficult intubation with eventual emergency tracheostomy and had a prolonged time of hypoxemia."

19.

At 5:24 a.m. on March 21, 2002, Dr. Thourani entered a note in the record that states in part: ... Asked for pt to be on BiPAP at midnight 3/20/02 for history of sleep apnea. Responded to Dr. 99 call at 2:00 a.m. on 3/21. Pt intubated orotracheal on second attempt; however, continued to have poor oxygenation despite intubation. . . with cont. poor sats, pt emergently trached for larger conduit. . . ."

5

20.

At 6:02 a.m. on March 21, 2002, Katherine A. Morgan, M.D. entered a

"general surgery" note that states, in part: ... Pt had respiratory failure last p.m.

requiring intubation and trach. Likely had difficulty with sleep apnea exacerbated by

sedation from Phenergan.

21.

At 6:47 a.m. March 21, 2002, Patricia Hodnett entered an "addendum" to her

1:17 a.m. note that states, in part: ... Tylenol suppository given for increased temp

per Dr. order. Initially, O2 sats were decreased to mid-80s. Respiratory therapist

was asked to place pt on venti-mask to keep sats up. RR 11-13. He did so and O2

sats increased to 95%. Continued decreased rate of epidural.

22.

At 8:15 a.m. on March 21, 2002, Ms. Hodnett entered another addendum to

her 1:17 a.m. note that states, in part: ... Dr. Thourani seen and told about hx of

sleep apnea. He stated he needs BiPAP. Respiratory therapist was told about Dr.

request for BiPAP. Patient's sats were 95%. When in the pt room to change IV

solution was breathing. At approximately 1:50 a.m. alarm went off. HR was 57. I

immediately went into room and found pt unresponsive. Assessed and immediately

began to bag.

23.

A March 22, 2002 note titled "Late Entry," by a respiratory therapist involved

in the Code, states, in part: ... Dr. Thourani intubation was unsuccessful and the

ET-tube immediately removed. Pt intubated by therapist due to impending

6

respiratory failure. Placement of the ET tube confirmed with PET $CO_2$ and by auscultation. CXR observation confirmed to ET tube placement. However, pt was unable to ventilate due to airway hypersensitivity and significant airway trapping. Airway trapping confirmed on the vent with intrinsic-PEEP (auto PEEP).

24.

On March 22, 2002, Mr. Keplinger was declared "brain dead."

25.

Dr. Thourani ordered Mr. Keplinger to be placed on BiPAP. Defendant's agents and/or employees failed to carry out that order.

26.

At or about 9:45 p.m. on March 20, 2002, Defendant's agent and/or employee gave Mr. Keplinger double the ordered dose of Phenergan.

27.

Based on the allegations herein, Defendant's agents and/or employees were negligent.

28.

As a direct and proximate result of the negligence of Defendant's agents and/or employees, Mr. Keplinger suffered serious injuries and incurred significant damages.

29.

As a result of his injuries, Mr. Keplinger experienced physical and mental pain and suffering.

7

30.

As a further direct and proximate result of the negligence of Defendant's agents and/or employees, Mr. Keplinger died.

31.

Defendant's agents and/or employees, at relevant times, were acting within the scope of their employment.

32.

Defendant is liable for Mr. Keplinger's injuries and damages and for Mr. Keplinger's death.

33.

Attached hereto is an affidavit of an expert setting forth at least one negligent act or omission claimed to exist and the factual basis for each such claim in compliance with *O.C.G.A.* § 9-11-9.1, in the event this section applies to this action.

WHEREFORE, Plaintiff prays for judgment as follows:

a)    That the *Estate of Robert Keplinger recover from the United States* an amount sufficient to compensate for the special damages Mr. Keplinger and his Estate incurred as the result of his injuries;

b)    That the Estate of Robert Keplinger recover from the United States an amount sufficient to compensate for the physical and mental pain and suffering Mr. Keplinger suffered as the result of his injuries;

c)    That Plaintiff recovers the full value of Mr. Keplinger's life;

d)    That all costs of this suit be taxed to the United States; and

e)    That Plaintiff be granted such other and further relief as this Court

8

deems just and proper.

This ___ day of April, 2003.

_____
Marc T. Treadwell
Georgia Bar No. 716239

OF COUNSEL:

ADAMS, JORDAN & TREADWELL, P.C.
Fickling & Co. Building
577 Mulberry Street, Suite 1250
P.O. Box 928
Macon, GA  31202-0928
(478) 743-2159

_____
Karen R. West
Georgia Bar No. 748711

P.O. Box 610
Dublin, GA  31040-0610
(478) 274-9700

9

## AFFIDAVIT OF JOHN B. DOWNS, M.D.

John B. Downs, M.D., being first duly sworn, deposes and says as follows:

1.

My name is John B. Downs. I am over the age of eighteen years, and I suffer from no disability which would render me incompetent to make this Affidavit, which I base upon personal knowledge and upon my review of medical records from the Atlanta Veterans Administration Medical Center (hereafter "VAMC") concerning the care and treatment of Robert Keplinger from March 19, 2002 through March 22, 2002.

2.

I am a medical doctor licensed to practice medicine in the State of Florida. I have attached to this Affidavit as Exhibit "A" my curriculum vitae.

3.

Based upon my education, training, and experience, I am familiar with the standard of care ordinarily exercised by members of the medical profession generally and under the circumstances that are described and reflected in the medical records of Mr. Keplinger.

4.

In reviewing the records identified above, I noted the following facts:

a)      Mr. Keplinger was admitted to the VAMC on March 19, 2002 for an open Nissen fundiplication, a procedure intended to control gastroesophageal reflux disease. The procedure was performed on that date. After his surgery, Mr. Keplinger received fentanyl by

epidural for pain control. [Fentanyl is a potent opiate-based narcotic used for anesthesia]. For example, an order timed 6:00 p.m. on March 19, 2002 instructed nurses to keep Mr. Keplinger's pain intensity less than 4, on a scale of 1 to 10, through fentanyl epidural infusion. For supplemental anesthesia, the order provided for the administration of Toradol. Other post-operative orders included 12.5 milligrams of Phenergan for nausea and 25 miligrams of Benadryl for itching.

b)     A March 19, 2002, 6:30 p.m. nursing progress note states, in part: … Epidural intact and started at 5cc/h. O2 sats are low 90s with simple face mask at 10L.

c)     There are two "addenda" to this note. The first states in part: Epidural bolus given by anesthesia. Noted some airway obstruction breathing. Fentanyl decreased by ½ and new bag hung. . . . O2 less than 90 when placed on nasal cannula, changed to venti-mask 50%. . . . The second addendum states in part: Remains tachycardic. Bolus completed. . . . Epidural is intact increased rate to keep pain less than 2 on scale.

d)     At 8:00 p.m. on March 20, 2002, the SICU flowsheet states that Mr. Keplinger was lethargic and that his oxygen saturation was 78%.

e)     At 9:45 p.m. on March 20, 2002, a nurse gave Mr. Keplinger phenergan 25 mg IV for nausea. Also at 9:45 p.m., a nursing progress note states in part: … 02 sats are 88-90% … lethargic. An

2

"addendum" to this note, timed 10:30 p.m., states: Complaints of nausea. Phenergan given. Patient more somnolent. O2 sats are 88-93%. HR is 110-120s. Epidural decreased to 9 cc/hr since so sleepy. SOD [surgeon on duty] aware. Arouses for short period with stimulation. Will continue to monitor.

f)    At 10:00 p.m. on March 20, 2002, the SICU flowsheet states that Mr. Keplinger's oxygen saturation was 88% an his pain scale was zero.

g)    A March 20, 2002, 11:40 p.m. entry, apparently by a respiratory therapist, states, in part:  . . . Pt changed from 6 L/min [nasal cannula] to 50% [venti-mask] due to mild respiratory distress. O2 sats at 88% on nasal cannula, pt put on 50% venti-mask per RN request, O2 sats 93% with 50% venti-mask.

h)    A March 21, 2002, 12:00 a.m. note states:  . . .pain scale 0, fentanyl/marcaine for pain at flow rate 9. . .

i)    A March 21, 2002, 1:17 a.m. nursing note states, in part: … no behavioral signs of pain, pain less than 2. Patient states effectiveness of pain medication. O2 sats are greater than 90%. Breath sounds clear. Able to wean to cannula with O2 sats WNL. Assessed. NG to BSB and drainage is small. Epidural at 9 cc until patient is more awake. No complaints of pain. Urine output is adequate. Sinus tach low 100s.  . . . [As detailed below, this nurse, Patricia Hodnett twice amended this note.]

3

j)    According to the discharge summary, on "March 20, 2002, the patient had increasing problems with some somnolence and difficulty breathing after the patient was given some Phenergan for nausea. By nursing report the patient seemed to be having difficulty with his sleep apnea which he had had a mild case of known in the past, although he was not on BiPAP and had not been treated for it at home."

k)    At 1:55 a.m. on March 21, 2002, a Code 99 was called because of "respiratory distress." The Code 99 status report states, in part: … Intubation attempted by Dr. Thourani but it was unsuccessful. Epigastric sounds confirm that ET tube was in the wrong location. The same report states: Pt intubated secondary to impending respiratory failure. . . .endotracheal tube placement confirmed with chest x-ray. Patient was unable to ventilate-emergency trach inserted by Dr. Thourani.

l)    A March 21, 2002, 3:30 a.m. note by a nurse anesthetist states, in part: … Arrived SICU pt trached by Dr. Thourani. Pt had been intubated by respiratory prior - unsuccessful.

m)    According to the discharge summary, Mr Keplinger "had a difficult intubation  with eventual emergency tracheostomy and had a prolonged time of hypoxemia."

n)    At 5:24 a.m. on March 21, 2002, Dr. Thourani entered a note in the record that states in part: … Asked for pt to be on BiPAP at midnight 3/20/02 for history of sleep apnea. Responded to Dr. 99 call at 2:00

4

a.m. on 3/21. Pt intubated orotracheal on second attempt; however, continued to have poor oxygenation despite intubation. . . with cont. poor sats, pt emergently trached for larger conduit. . . ."

o)    At 6:02 a.m. on March 21, 2002, Katherine A. Morgan, M.D. entered a "general surgery" note that states, in part: ... Pt had respiratory failure last p.m. requiring intubation and trach. Likely had difficulty with sleep apnea exacerbated by sedation from phenergan.

p)    At 6:47 a.m. March 21, 2002, Patricia Hodnett entered an "addendum" to her 1:17 a.m. note that states, in part: ... Tylenol suppository given for increased temp per Dr. order. Initially, O2 sats were decreased to mid-80s. Respiratory therapist was asked to place pt on venti-mask to keep sats up. RR 11-13. He did so and O2 sats increased to 95%. Continued decreased rate of epidural.

q)    At 8:15 a.m. on March 21, 2002, Ms. Hodnett entered another addendum to her 1:17 a.m. note that states, in part: ... Dr. Thourani seen and told about hx of sleep apnea. He stated he needs BiPAP. Respiratory therapist was told about Dr. request for BiPAP. Patient's sats were 95%. When in the pt room to change IV solution was breathing. At approximately 1:50 a.m. alarm went off. HR was 57. I immediately went into room and found pt unresponsive. Assessed and immediately began to bag.

r)    A March 22, 2002 note titled "Late Entry," by a respiratory therapist involved in the Code, states, in part: ... Dr. Thourani intubation was

5

unsuccessful and the ET-tube immediately removed. Pt intubated by

therapist due to impending respiratory failure. Placement of the ET

tube confirmed with PET $CO_2$ and by auscultation. CXR observation

confirmed to ET tube placement. However, pt was unable to ventilate

due to airway hypersensitivity and significant airway trapping. Airway

trapping confirmed on the vent with intrinsic-PEEP (auto PEEP).

s)    On March 22, 2002, Mr. Keplinger was declared "brain dead."

5.

Based upon my education, training and experience and upon the facts

recited herein, it is my opinion that, VAMC personnel and representatives failed to

exercise the degree of care and skill ordinarily exercised by physicians and hospital

personnel under similar conditions and like circumstances in their care and

treatment of Mr. Keplinger. For example, VAMC personnel and representatives

clearly failed to properly monitor Mr. Keplinger's respiratory status on the night of

March 20, 2002 and March 21, 2002. If they had adhered to the standard of care,

they would have promptly reversed the effects of the narcotics being administered

to Mr. Keplinger. Had they done so, Mr. Keplinger, within a reasonable degree of

medical probability, would not have died.

6.

It is not the purpose of this Affidavit to set forth each and every opinion or

criticism I have or may have in the future based upon further review and information

concerning the care and treatment of Mr. Keplinger by VAMC personnel. Nor is it

the purpose of this Affidavit to set forth all the consequences of the care or

6

treatment or the lack of care or treatment received by Mr. Keplinger. Rather, it is only the intention of this Affidavit to set forth at least one instance of failure to exercise the degree of care and skill ordinarily exercised by members of the medical profession generally under similar conditions and like circumstances.

8.

This Affidavit is given in connection with the requirements of O.C.G.A. § 9-11-9.1.

FURTHER AFFIANT SAYTH NOT.

This _17th_ day of _April_____, 2003.

_____
John B. Downs M.D.

Sworn to and subscribed before
Me, this _17th_ day of _April_____, 2003.

_____
Notary Public

BARBARA M. COCKREAM
MY COMMISSION # DD 084318
EXPIRES: April 7, 2006
Bonded Thru Notary Public Underwriters

7

# EXHIBIT "A"

1

## CURRICULUM VITAE

NAME:                            John B. Downs, M.D.

EMAIL:                          jdowns@hsc.usf.edu

PRESENT APPOINTMENT:    Professor with Tenure, Department of Anesthesiology,
                                University of South Florida College of Medicine, 1988-present
                                Medical Director, Respiratory Care Program,
                                Hillsborough Community College, Tampa, FL, 2002-present

BIRTHDATE:                    December 5, 1943, Urbana, Illinois

EDUCATION:                   B.S., University of Illinois, Champaign, IL, 1965
                                M.D., University of Florida College of Medicine, Gainesville, FL, 1969
                                Rotating Surgical Intern, University of California at Davis, Sacramento,
                                  CA, 1969-70
                                Resident, Shands Teaching Hospital and Clinics, Department of
                                  Anesthesiology, University of Florida College of Medicine,
                                  Gainesville, FL, 1970-73
                                Fellow, Critical Care Medicine, Shands Teaching Hospital and Clinics,
                                  Department of Anesthesiology, University of Florida College of
                                  Medicine, Gainesville, FL, 1971-73

APPOINTMENTS:              NIH Research Trainee and Clinical Fellow, Department of
                                  Anesthesiology, University of Florida College of Medicine,
                                  Gainesville, FL, 1971-73
                                Major, USAF, Chief Recovery Room/Surgical Intensive Care Service,
                                  Wilford Hall Medical Center, AFSC, Department of Anesthesiology,
                                  Lackland AFB, San Antonio, TX, 1973-75
                                Clinical Assistant Professor, Department of Anesthesiology, University
                                  of Florida College of Medicine, Gainesville, FL, 1973-75
                                Clinical Instructor, Department of Anesthesiology, University of Texas
                                  Medical School, San Antonio, TX, 1973-75
                                Officer-in-Charge, Respiratory Care Course, Brooke AFB, San
                                  Antonio, TX, July-Aug, 1974
                                Assistant Professor, Departments of Anesthesiology and Surgery,
                                  University of Florida College of Medicine, Gainesville, FL,
                                  1975-77
                                Chief, Inhalation Therapy Section, Veterans Administration Hospital,
                                  Gainesville, FL, 1975-78
                                Chief, Surgical Intensive Care Unit, Veterans Administration Hospital,
                                  Gainesville, FL, 1975-78
                                Associate Professor, Departments of Anesthesiology and Surgery,
                                  University of Florida College of Medicine, Gainesville, FL,
                                  1977-79
                                Clinical Associate Professor, Departments of Anesthesiology and

Surgery, University of Florida College of Medicine, 1979-82
Medical Director, Anesthesiology and Pulmonary Medicine, Mercy Hospital, Urbana, IL, 1979-84
Clinical Professor of Medicine, University of Illinois College of Medicine, School of Basic Medical Sciences and Clinical Medicine, Urbana, IL, 1979-85
Associate Professor of Anesthesia, Northwestern University School of Medicine, Evanston, IL, 1980-87
Adjunct Professor, Veterinary Clinical Medicine, University of Illinois College of Veterinary Medicine, Urbana, IL, 1983-1996
Professor and Vice Chairman, Department of Anesthesiology, The Ohio State University College of Medicine, Columbus, OH, 1985-88
Professor and Acting Chairman, Department of Anesthesiology, The Ohio State University College of Medicine, Columbus, OH, 1985-86
Medical Director of Respiratory Therapy, The Ohio State University Hospitals, 1987
Director, Department of Anesthesiology, Tampa General Hospital, Tampa, FL, 1988-94
Staff Anesthesiologist, H. Lee Moffitt Cancer Center and Research Institute, Tampa, FL, 1988-present
Consulting Staff, Shriners Hospital for Crippled Children, 1989-present
Consulting Staff, Bay Pines Veterans Affairs Medical Center, Bay Pines, FL, 1989-present
Consulting Staff, James A. Haley Veterans Hospital, Tampa, FL, 1989-present
Chief, Department of Anesthesiology, Tampa General Hospital, Tampa, FL, 1992-94
Professor and Chairman, Department of Anesthesiology, University of South Florida College of Medicine, Tampa, FL, 1988-2002

MILITARY SERVICE:    USAF Reserve, Berry Plan Deferment, First Lieutenant, 1970-1973
Major USAF, Wilford Hall Medical Center, AFSC, Anesthesiology Service, Lackland AFB, San Antonio, TX, 1973-75

BOARDS:    American College of Anesthesiologists, 1972, Certificate #5733-1973
American Board of Anesthesiology, 1974, Certificate #6475
American Board of Anesthesiology, Subspecialty Certification in Critical Care Medicine, Certificate #6,475; 1986 (Certificate of Special Qualification #49)
American Board of Anesthesiology, Certificate of Continued Demonstration of Qualifications, 1993, Certificate #110

LICENSURES:    Florida: #16930, 1971-present
Illinois: #36-51125, 1974-1994; Currently Inactive
Ohio: #51454, 1985-present
DEA: AD8905032, current

3

| SOCIETY MEMBERSHIPS: | American Medical Association |
| --- | --- |
| | Florida Medical Association |
| | American Society of Anesthesiologists |
| | Bay Area Society of Anesthesiologists |
| | Florida Society of Anesthesiologists |
| | Association of University Anesthesiologists |
| | Hillsborough County Medical Association |
| | International Anesthesia Research Society |
| | PEEP Society |
| | Society of Cardiovascular Anesthesiologists, 1981-87 |
| | Society of Critical Care Medicine |
| | The Academy of Anesthesiology |
| | American Heart Association |

AWARDS AND HONORS:
American College of Chest Physicians, Fellow, 1976
Warner-Chilcott Literary Award, 1980
American Medical Association Physician's Recognition Award,
  1980-present
American College of Critical Care Medicine, Fellow, 1990
Distinguished Lecturer, American Society of Critical Care
  Anesthesiologists, 1996
Best Doctors, Inc., 2000 - present
Lifetime Achievement Award, American Society of Critical Care
  Anesthesiologists, October 2001; New Orleans, LA
University of Florida, College of Medicine Wall of Fame Honoree 2001
Inaugural Fellow, Council on Cardio-Thoracic and Vascular Surgery,
  American Heart Association, (F.A.H.A.), May 2002
Who's Who Among America's Teachers, 2002

EDITORIAL BOARDS:
Critical Care Medicine, 1976-91
Respiratory Care, 1978-83
Anesthesia File, 1980-present
Journal of Nurse Anesthesia, 1987-94
Journal of Clinical Anesthesia, 1987-2001
Intensive Care Medicine, Section Editor, 1990-present
Journal of Cardiothoracic and Vascular Anesthesia, 1990-present

EDITORIAL REVIEWER:
Anesthesiology; 1978 - Present
Chest; 1978 - Present
Critical Care Medicine; 1992 - Present

VISITING PROFESSOR:
University of Virginia, Charlottesville, VA, May 10-12, 1974
University of Utah, Salt Lake City, UT, Sept 23-25, 1974
University of Pennsylvania, Philadelphia, PA, Oct 2-5, 1974
Philadelphia Naval Hospital, Philadelphia, PA, Oct 5-10, 1974
Emory University, Atlanta, GA, Nov 6-8, 1974

4

University of Alabama, Birmingham, AL, Apr 16-18, 1975
University of Pittsburgh, Pittsburgh, PA, Dec 9-10, 1975
University of California at Los Angeles, Torrance, CA,
    Mar 8-10, 1976
University of California at Los Angeles, Torrance, CA,
    Oct 16, 1976
University of Illinois, Chicago, IL, Nov 8-9, 1976
Washington University, St. Louis, MO, Feb 7, 1977
University of the Orange Free State, Bloemfontein, Republic of South
    Africa, Apr 13, 1977
University of Cape Town, Cape Town, Republic of South Africa,
    Apr 18, 1977
University of Stellenbosch, Cape Province, Republic of South Africa,
    Apr 20, 1977
University of Natal, Durban, Republic of South Africa, Apr 21, 1977
University of Utah, Salt Lake City, UT, May 10-11, 1977
Northwestern University, Chicago, IL, June 13-15, 1977
The Johns Hopkins University School of Medicine, Baltimore, MD,
    Sept 13-15, 1977
Wilford Hall USAF Medical Center, Lackland Air Force Base, TX
    Dec 8-10, 1977
Albert Einstein College of Medicine, Yeshiva University, NY, Apr 17-
    19, 1978
University of Texas Medical Branch, Galveston, TX, May 4-5, 1978
University of California, San Diego, CA, Sept 20-21, 1978
Harvard Medical School, Massachusetts General Hospital, Boston,
    MA, Oct 12-13, 1978
University of Virginia, Charlottesville, VA, Nov 28-30, 1978
University of Illinois, Chicago, IL, Dec 7, 1978
Medical College of Virginia, Department of Pulmonary Medicine,
    Richmond, VA, Dec 13-15, 1978
Madigan Army General Hospital, Department of Pulmonary Medicine,
    Tacoma, WA, May 22, 1979
University of Washington, Department of Pulmonary Medicine,
    Seattle, WA, May 23, 1979
University of Illinois, Chicago, IL, Mar 26-27, 1981
The Ohio State University College of Medicine, Columbus, OH
    Nov 19, 1981
University of Illinois, Chicago, IL, Dec 17-18, 1981
University of Pretoria, Pretoria, Republic of South Africa
    Jan 22, 1982
Medical College of Georgia, Augusta, GA, Feb 26, 1982
University of Pittsburgh, Division of Critical Care, Pittsburgh, PA, Mar
    10-11, 1982
Wilford Hall USAF Medical Center, Lackland Air Force Base, TX,
    Sept 13-15, 1982
Tulane University School of Medicine, New Orleans, LA, Sept 15-17,
    1982

5

University of Tennessee, Knoxville, TN, Nov 15-16, 1982
Vanderbilt University, Knoxville, TN, Nov 17-18, 1982
University of Utah, Salt Lake City, UT, Dec 21-23, 1982
Temple University, Philadelphia, PA, Sept 27-29, 1983
The Ohio State University College of Medicine, Columbus, OH,
   Jan 13-15, 1984
Albert Einstein College of Medicine, Yeshiva University, NY,
   Jan 16-17, 1984
New York University Medical Center, New York, NY, Jan 17-18,
   1984
Methodist Hospital, Graduate Medical Center, Indianapolis, IN,
   Jan 31-Feb 1, 1984
University of Mississippi Medical Center, Jackson, MS, Oct 11,
   1984
Teikyo University School of Medicine, Tokyo, Japan, July 20-22, 1985
Hokkaido University, Sapporo, Japan, July 22-23, 1985
SUNY Downstate Medical Center, Brooklyn, NY, Sept 9-10, 1985
University of Basel, Basel, Switzerland, Oct 28-29, 1985
Medical College of Ohio, Toledo, OH, Jan 15-16, 1986
University of Kentucky, Lexington, KY, Aug 29, 1986
Mayo Clinic, Rochester, MN, Oct 31, 1986
Henry Ford Hospital, Detroit, MI, Jan 8-9, 1987
Duke University, Durham, NC, Apr 22, 1987
University of Colorado, Denver, CO, June 1-3, 1987
Medical University of South Carolina, Charleston, SC,
   Oct 8-9, 1987
Long Island Jewish-Hillside Medical Center, New Hyde Park, NY,
   Nov 12, 1987
Children's Hospital National Medical Center, George Washington
   University, Washington, D.C., Dec 9-10, 1987
University of North Carolina, Chapel Hill, NC, Sept 27-29, 1988
State University of New York, Stony Brook, NY, Dec 15-16, 1988
University of Basel, Basel, Switzerland, Sept 23-27, 1989
The Johns Hopkins University, Baltimore, MD, Oct 25, 1989
Tulane University, New Orleans, LA, Mar 13-14, 1990
University of Florida, Gainesville, FL, Sept 22-25, 1991
University of Minnesota, Bloomington, MN, Apr 11, 1992
Walter Reed Army Medical Center, Washington, D.C., May 4, 1992
University of Basel, Basel, Switzerland, Nov 15-16, 1992
University of Laussanne, Lausanne, Switzerland, Nov 17-18, 1982
Duke University Medical Center, Durham, NC, Apr 28, 1993
Robert Wood Johnson Medical School, New Brunswick, NJ,
   May 12-13, 1993
Maimonides Medical Center, Brooklyn, NY, June 15, 1994
Georgetown University, Washington, D.C., Aug 31, 1994
Maimonides Medical Center, Brooklyn, NY, May 18, 1995
University of Michigan Medical Center, Ann Arbor, MI, Sept 13-14,
   1995

6

Cleveland Clinic Foundation, Cleveland, OH, Oct 15-17, 1995
The New York Hospital-Cornell Medical Center, New York, NY,
  May 19-20, 1997
Illinois Masonic, Chicago, IL, Nov 7, 1998
Medical College of Georgia, Augusta, GA, Jan 20-21, 1999
St. Louis University, St. Louis, MO, May 25-26, 1999
Robert Wood Johnson Medical Center, Brunswick, NJ, Jun 6-9, 1999
Medical College of Wisconsin, Milwaukee, WI, Nov 30-Dec 1, 1999
Ohio State University, Columbus, OH, Jun 28, 2001
Northwestern University Medical School, Chicago, IL Mar 21-22, 2002
Medical College of Georgia, Augusta, GA, Apr 24, 2002
Cornell University, New York, June 2-3, 2002
Mayo Clinic Jacksonville, Jacksonville, FL Jan 6, 2003

VISITING CONSULTANT:    Consultant in Anesthesiology, Philadelphia Naval Hospital,
                          Philadelphia, PA, 1974
                        Medical and Surgical Consultant, Tripler Army Hospital, Honolulu, HI,
                          Mar 27-30, 1978
                        Medical Consultant, Madigan Army Medical Center, Tacoma, WA,
                          Apr 3-5, 1978
                        Department of Critical Care Medicine, Bethesda Naval Medical Center
                          Bethesda, MD, Apr 1, 1983
                        University of Cincinnati Medical Center, Consultant to the Dean for
                        Respiratory Care, Cincinnati, OH, Mar 6-7, Apr 1, 1986
                        Emory University (External Review for the Department of
                        Anesthesiology), Atlanta, GA, Mar 29-31, 1993
                        Temple University (Site Review for the RRC), Philadelphia, PA,
                          Apr 3-4, 1996


COMMITTEES & APPOINTMENTS:

Local & Regional:       State of Florida
                          Division of Children's Medical Services, 1975-80
                          Veterans Administration Hospital, Gainesville, FL
                          Committee on Cardiopulmonary Resuscitation, 1975-77
                          Committee on Surgical Intensive Care, Chairman, 1975-77
                          Committee on Medical Intensive Care, 1975-78
                          Committee on Infections, 1977-78

                        Mercy Hospital, Urbana, IL
                          Emergency Services Committee, 1980-82
                          Critical Care Committee, Chairman, 1980-83
                          Medical School Liaison Committee, 1982-84
                          Pharmacy and Therapeutics Committee, 1983-84
                        Illinois Society for Respiratory Therapy
                          Education Committee, Ex-officio member, 1981-84
                          Executive Committee, Ex-officio member, 1981-84

Licensure and Legislative Committee, 1981-84
Medical Advisor, 1981-84
Program Committee, 1981-84
Scientific Committee, 1981-84
The Ohio State University College of Medicine
  Biomedical Sciences Human Subjects Review Committee,
    1985-87
  Medical Staff Bylaws Committee, 1985-87
  Department of Anesthesiology:
    Department of Anesthesiology Promotion and Tenure Committee,
      Chairman, 1985-87
    Department of Anesthesiology Resident Selection Committee,
      1985-87
    Director of Anesthesiology Wiseman Research Facility,
      1985-87
    Minimum Care Standards Committee, 1985-87
  Search Committee for Chairman, Department of Ophthalmology,
    1986
  Biostatistics and Experimental Design Review Committee,
    1986-87
  Med III and IV Committee, 1986-87
  Nurse Anesthesia Division: Professional Advisory Committee,
    1986-87
  Seed Grant Reviewer, 1986-87
  Self-Study Task Force, 1986-87
  University Senate Alternate Member, 1986-87
  Critical Care Committee, 1987
University of South Florida College of Medicine, Tampa, FL
  V.A. Dean's Committee, 1988-present
  V.A. Mini-Dean's Committee, 1988-91
  Executive Council, 1988-2002
  Rank and Tenure Committee, 1989-93
  Do-Not-Resuscitate Committee, 1990
  Medical Student Advancement Committee, 1990-present
  Committee on Curriculum, 1991-97
  L.C.M.E. Self-Study, Committee on Finance, 1991-92
  Clinical Sciences Sub-Committee, Chairman, 1992-93
  Search Committee for Director Group Practice Plan, 1992
  Ad Hoc Committee on Allocation of Space, 1993-95
  Medical Student Advisor, 1994-present
  Diversity 2000 - Strategic Planning Committee, 1996-present
  Chair, Faculty Search Committee for Radiology Chairman, 1997
  LCME Self-Study, Committee on Governance/Administration,
    1997-98
  Promotion & Tenure Committee, 1998-2001
  Department of Anesthesiology Billing Integrity Officer, 1999-2000
USF Physicians Group
  Board of Directors, 1992-2002

      Physicians Benefits Committee, 1999-Present; Chairman 2002-Present
      Ad Hoc Committee on Development of Board for Physicians Practice
         Plan, 1999
      Finance Committee, 2000-2002
    University Medical Services Association
      Board of Directors, 1988-2002
      Executive Committee, 1988-2002
      Finance Committee, 1988-1996
      Secretary-Treasurer, 1989-1996
    Medical Services Support Corporation, Tampa, FL
      Board of Directors, 1989-2002
      Executive Committee, 1989-2002
      Personnel Committee, 1990-1996
    Tampa General Hospital, Tampa, FL
      Anesthetic Record Task Force, 1988-90
      Capital Equipment Committee, 1988-1994
      Director of Anesthesiology, 1988-94
      Human Subject Review Committee, 1988-91
      Institutional Review Board, 1988-90
      Surgical Suite Committee, 1988-94
      Quality Assurance Committee, 1989-91
      Vice Chief, Department of Anesthesiology, 1989-91
      OR Management Committee, 1992-93
      Chief, Department of Anesthesiology, 1993-94
      Physician Health Committee, 2000-present
      Adhoc Committee on Percutaneous Tracheostomy Credentialing, 2001
    H. Lee Moffitt Cancer Center & Research Institute, Tampa, FL
      Education Committee, 1988-89
    Bay Pines Veterans Affairs Medical Center, Bay Pines, FL
      Search Committee for Medical Director, 1990-91
      Search Committee for Chief, Surgical Services, 1992-93
    James A. Haley Veterans Administration Medical Center
      Ad Hoc Committee on Regional Blocks, 1994
    Florida Society of Anesthesiologists, Inc.
      Board of Directors, 1988-2002
      FSA Delegate to the ASA, 1990-2002
      Chairman, Critical Care Committee, 1989-1994
      Economics Committee, 1993-2002
      Executive Committee, 1993-2002
      Nominating Committee, 2000-2002
      2nd Vice President, 1991-1992
      1st Vice President, 1992-1993
      President Elect, 1993-1994
      President, 1994-1995
      Immediate Past President, 1995-1996
      Judicial Committee 1999-2002
    Blue Cross and Blue Shield of Florida, Inc.
      Liaison Physician, 1990-1996

9

Hillsborough County Medical Association
   Executive Council, 1993-1995
   Public Relations Committee, 1995-2002
University of Florida College of Medicine
   Medical Alumni Association Board of Directors
   1995-present
   Member at Large, Nominating Committee, 1997

NATIONAL:      American College of Anesthesiologists
   Examiner, 1974-78
Association of University Anesthetists
   Scientific Advisory Board, Delphi Study of Direction in Anesthesia
      Research, 1977-79
American Association of Respiratory Therapy
   Medical Advisor to Federal Interagency Committee, 1977-80
   Medical Advisor to the Ethics Committee, 1978
Society of Critical Care Medicine
   Council Member, 1977-85
   Secretary, 1979-82
   President-Elect, 1982-83
   President, 1983-84
   Immediate Past President, 1984-85
   Past President's Advisory Panel, 1985-present
SCCM Committees:
   Committee on Membership: Chairman, 1977-78;
   Co-Chairman, 1978-79;  Chairman, 1979-82
   Committee for Abstract Review, 1980-86
   Committee on Constitution and Bylaws, 1980
   Scientific Program Committee, 1980 and 1982
   Committee on Nominations, Chairman, 1984-85
   Scientific Program Committee, Chairman, 1985
   Credentials Committee, 1989
   Program Advisory Committee for the 18th Annual SCCM Educational
      & Scientific Symposium, 1989
   Representative to the Board of Medical Advisors of the American
      Association for Respiratory Therapy, 1983-84
   Annual Meeting Program Chairman, 1985
   Coalition for Critical Care Excellence for the Food and Drug
      Administration, 1993-94
American Society of Anesthesiologists
   Ad Hoc Committee on Consultant's Corner, 1977-78
   Drafting Committee, Chairman, 1977-79
   Representative to the Board of Medical Advisors, American
   Subcommittee on Critical Care, 1998-2003
      Chairman, 1998-1999
   Committee on Critical Care Medicine & Trauma Medicine, 1999-2001
      Adjunct Member, 2001-2003
   Committee on Scientific Papers, 1999-2000

Subcommittee on Patient Safety, Practice Management, History & Education, 1999-2003
Section on Clinical Care, Committee on Respiratory Therapy, Adjunct Member, 1977-82
Subcommittee on Respiration, 1977-82
Committee on Refresher Courses, 1978
Subcommittee on Critical Care, Chairman, 1978-80
Section on Annual Meeting, 1979
Special Action Group for Formulation of the 1979 Self Education and Evaluation Critiques, Respiration (in cooperation with the National Board of Medical Examiners)
Committee on Scientific Programs, 1980
Committee on Subspecialty Representation, 1981-84
Committee on Respiratory Therapy, 1983-87
Committee on Patient Safety and Risk Management, 1985-86
Committee on Respiratory Therapy, Chairman, 1985-86
Subcommittee on Respiration, 1989-90
Representative to the House of Delegates, 1990-Present
Subcommittee on Respiration, 1992-95
American Board of Anesthesiology
Oral Examiner, 1987-95
Committee on Critical Care Medicine Examination, 1992-93
American College of Chest Physicians
Committee on Respiratory Care, 1980-84
Critical Care Board Review Course
Co-Director, 1981
National Institute of Heart, Lung, and Blood
Consultant, 1981-82
Foundation of Critical Care
Board of Directors, 1983-85
Dannemiller Memorial Educational Fund
Medical Advisory Board, 1984-present
Society of Cardiovascular Anesthesiologists
Member, Governmental Affairs Committee, 1985-89
Association of Anesthesiology Program Directors/Society of Academic Anesthesiology Chairs (AAPD/SAAC) 1988-2002
Nominating Committee 1998-99
Food and Drug Administration
Anesthetic and Life Support Drugs Advisory Committee, 1994-99
Chairman, 1995-98

American Heart Association
CV Surgery Council, 2001-02
Hillsborough County Division Community Board, 2002-2003

INTERNATIONAL:          Pan American Medical Association, Inc.
North American Section on Anesthesiology, Vice President, 1983-87

# BIBLIOGRAPHY
## John B. Downs, M.D.

PEER REVIEWED

1. Downs JB, Rackstein AD, Klein EF Jr, Hawkins IF Jr: Hazards of radial-artery catheterization. Anesthesiology 38:283-286, 1973.

2. Downs JB, Klein EF Jr, Modell JH: The effect of incremental PEEP on $PaO_2$ in patients with respiratory failure. Anesth Analg 52:210-214, 1973.

3. Downs JB, Klein EF Jr, Desautels D, Modell JH, Kirby RR: Intermittent mandatory ventilation: A new approach to weaning patients from mechanical ventilators. Chest 64:331-335, 1973.

4. Downs JB, Olsen GN: Pulmonary function following adult respiratory distress syndrome. Chest 65:92-93, 1974.

5. Downs JB, Chapman RL Jr, Modell JH, Hood CI: An evaluation of steroid therapy in aspiration pneumonitis. Anesthesiology 40:129-135, 1974.

6. Modell JH, Calderwood HW, Ruiz BC, Downs JB, Chapman RL Jr: Effects of ventilatory patterns on arterial oxygenation after near-drowning in sea water. Anesthesiology 40:376-384, 1974.

7. Downs JB, Chapman RL Jr, Hawkins IF Jr: Prolonged radial-artery catheterization. An evaluation of heparinized catheters and continuous irrigation. Arch Surg 108:671-673, 1974.

8. Downs JB, Block AJ, Vennum KB: Intermittent mandatory ventilation in the treatment of patients with chronic obstructive pulmonary disease. Anesth Analg 53:437-443, 1974.

9. Chapman RL Jr, Downs JB, Modell JH, Hood CI: The ineffectiveness of steroid therapy in treating aspiration of hydrochloric acid. Arch Surg 108:858-861, 1974.

10. Downs JB, Perkins HM, Sutton WW: Successful weaning after five years of mechanical ventilation. Anesthesiology 40:602-603, 1974.

11. Lederman DS, Klein EF Jr, Drury WD, Donnelly WH, Applefeld JJ, Chapman RL, Downs JB: A comparison of foam and air-filled endotracheal-tube cuffs. Anesth Analg 53:521-526, 1974.

12. Calderwood HW, Klein EF Jr, Modell JH, Teague PO, Downs JB: Distribution of nebulized aerosols in spontaneously-breathing puppies. Anesthesiology 41:368-374, 1974.

13. Downs JB, Perkins HM, Modell JH: Intermittent mandatory ventilation. An evaluation. Arch Surg 109:519-523, 1974.

14. Carter GL, Downs JB, Dannemiller FJ: "Hyper-" end-expiratory pressure in the treatment of adult respiratory insufficiency: A case report. Anesth Analg 54:31-34, 1975.

15.    Kirby RR, Downs JB, Civetta JM, Modell JH, Dannemiller FJ, Klein EF, Hodges M: High level positive end-expiratory pressure (PEEP) in acute respiratory insufficiency. Chest 67:156-163, 1975.

16.    Hodges M, Downs JB, Mitchell LA: Thermodilution and Fick cardiac index determinations following cardiac surgery. Crit Care Med 3:182-184, 1975.

17.    Mitchell LA, Downs JB, Dannemiller JF: Extrapulmonary influences on A-aDO$_2$ following cardiopulmonary bypass. Anesthesiology 43:583-586, 1975.

18.    Downs JB (editorial comment on), Fuleihan SF, Wilson RS, Pontoppidan H: Effect of mechanical ventilation with end-expiratory pause on blood-gas exchange, guest discussion. Anesth Analg 55:122-130, 1976.

19.    Downs JB, Chapman RL Jr: Treatment of bronchopleural fistula during continuous positive pressure ventilation. Chest 69:363-366, 1976.

20.    Downs JB: A technique for direct measurement of intrapleural pressure. Crit Care Med 4:207 210, 1976.

21.    Wright FG Jr, Foley MF, Downs JB, Hodges MR: Hypoxemia and hypocarbia following intermittent positive-pressure breathing. Anesth Analg 55:555-559, 1976.

22.    Douglas ME, Downs JB, Dannemiller FJ, Hodges MR, Munson ES: Change in pulmonary venous admixture with varying inspired oxygen. Anesth Analg 55:688-695, 1976.

23.    Douglas ME, Downs JB, Dannemiller FJ, Hodges MR: Acute respiratory failure and intravascular coagulation. Surg Gynecol Obstet 143:555-560, 1976.

24.    Downs JB, Mitchell LA: Pulmonary effects of ventilatory pattern following cardiopulmonary bypass. Crit Care Med 4:295-300, 1976.

25.    Page BA, Downs JB: IMV and continuous gas flow--a complication. Anesthesiology 46:72-73, 1977.

26.    Douglas ME, Downs JB: Pulmonary function following severe acute respiratory failure and high levels of positive end-expiratory pressure. Chest 71:18-23, 1977.

27.    Downs JB, Douglas ME, Sanfelippo PM, Stanford W, Hodges MR: Ventilatory pattern, intrapleural pressure, and cardiac output. Anesth Analg 56:88-96, 1977.

28.    Downs JB, Marston AW: A new transport ventilator: an evaluation. Crit Care Med 5:112-114, 1977.

29.    Sturgeon CL Jr, Douglas ME, Downs JB, Dannemiller FJ: PEEP and CPAP: Cardiopulmonary effects during spontaneous ventilation. Anesth Analg 56:633-641, 1977.

30.    Douglas ME, Downs JB: Cardiopulmonary effects of PEEP and CPAP: Special correspondence. Anesth Analg 57:347-350, 1978.

31.     Downs JB (editorial comment on), Parham AM, Yarbrough DR lll, Redding JS: Flail chest syndrome and pulmonary contusion. Arch Surg 113:900-903, 1978.

32.     Millbern SM, Downs JB, Jumper LC, Modell JH: Evaluation of criteria for discontinuing mechanical  ventilatory support. Arch Surg 113:1441-1443, 1978.

33.     Downs JB, Douglas ME, Ruiz BC, Miller NL: Comparison of assisted and controlled mechanical ventilation in anesthetized swine. Crit Care Med 7:5-8, 1979.

34.     Douglas ME, Downs JB, Mantini EL, Ruiz BC: Alteration of oxygen tension and oxyhemoglobin saturation. A hazard of sodium bicarbonate administration. Arch Surg 114:326-329, 1979.

35.     Marquez JM, Douglas ME, Downs JB, Wu WH, Mantini EL, Kuck EJ, Calderwood HW: Renal    function and cardiovascular responses during positive airway pressure. Anesthesiology 50:393-398, 1979.

36.     Vogelhut MM, Downs JB: Prolonged endotracheal intubation. Chest 76:110-111, 1979.

37.     Weled BJ, Winfrey D, Downs JB: Measuring exhaled volume with continuous positive airway pressure and intermittent mandatory ventilation. Techniques and rationale. Chest 76:166-169, 1979.

38.     Chapin JC, Downs JB, Douglas ME, Murphy EJ, Ruiz BC: Lung expansion, airway pressure transmission, and positive end-expiratory pressure. Arch Surg 114:1193-1197, 1979.

39.     Crawford CA, Downs JB: Chest tube pressurization for bronchopleural fistula: A case report. Respir Care 24:932-935, 1979.

40.     Downs JB (Chairman), Bernhard W, Douglas ME, Kirby RR, Pavlin DJ, Rose D (drafting committee): Self-Education and Evaluation Critiques. Respiration. Park Ridge, IL, American Society of Anesthesiologists, 1979.

41.     Hall JR, Poulton TJ, Downs JB, Hawkins IF Jr, Crawford CA: In vivo arterial blood gas analysis: An evaluation. Crit Care Med 8:414-417, 1980.

42.     Downs JB, Douglas ME: Assessment of cardiac filling pressure during continuous positive-pressure ventilation. Crit Care Med 8:285-290, 1980.

43.     Heenan TJ, Downs JB, Douglas ME, Ruiz BC, Jumper L: Intermittent mandatory ventilation.  Is synchronization important?  Chest 77:598-602, 1980.

44.     Hasten RW, Downs JB, Heenan TJ: A comparison of synchronized and nonsynchronized intermittent mandatory ventilation.  Respir Care 25:554-557, 1980.

45.     Douglas ME, Downs JB, Shook D: Response of pulmonary venous admixture. A means of comparing therapies? Chest 77:764-770, 1980.

14

46.    Davis RF, Douglas ME, Heenan TJ, Downs JB: Brain tissue pressure measurement during sodium nitroprusside infusion. Crit Care Med 9:17-21, 1981.

47.    Poulton TJ, Downs JB: Humidification of rapidly flowing gas. Crit Care Med 9:59-63, 1981.

48.    Rose DM, Downs JB, Heenan TJ: Temporal responses of functional residual capacity and oxygen tension to changes in positive end-expiratory pressure. Crit Care Med 9:79-82, 1981.

49.    Paul WL, Downs JB: Postoperative atelectasis. Intermittent positive pressure breathing, incentive spirometry, and face-mask positive end-expiratory pressure. Arch Surg 116:861-863, 1981.

50.    Auffant RA, Downs JB, Amick R: Ionized calcium concentration and cardiovascular function after cardiopulmonary bypass. Arch Surg 116:1072-1076, 1981.

51.    Fried JL, Downs JB, Davis JEP, Heenan TJ: A new venturi device for administering continuous positive airway pressure (CPAP). Respir Care 26:133-136, 1981.

52.    Stone DR, Downs JB, Paul WL, Perkins HM: Adult body temperature and heated humidification of anesthetic gases during general anesthesia. Anesth Analg 60:736-741, 1981.

53.    Berman LS, Downs JB, van Eeden A, Delhagen D: Inspiration:expiration ratio. Is mean airway pressure the difference? Crit Care Med 9:775-777, 1981.

54.    Gauer PK, Downs JB: Complications of arterial catheterization. Respir Care 27:435-444, 1982.

55.    Downs JB, Stock MC, Tabeling B: Intermittent mandatory ventilation (IMV): A primary ventilatory support mode. Ann Chir Gynaecol 71 (Suppl 196):57-63, 1982.

56.    Stock MC, Downs JB: Transient phrenic nerve blockade during internal jugular vein cannulation using the anterolateral approach. Anesthesiology 57:230-233, 1982.

57.    Stock MC, Downs JB: Lubrication of tracheal tubes to prevent sore throat from intubation. Anesthesiology 57:418-420, 1982.

58.    Downs JB: Ventilatory patterns and modes of ventilation in acute respiratory failure. Respir Care 28:586-591, 1983.

59.    Downs JB: Monitoring oxygen delivery in acute respiratory failure. Respir Care 28:608-613, 1983.

60.    Perel A, Downs JB, Crawford CA, Jumper L, Graves SA, Modell JH: Continuous positive airway pressure improves oxygenation in dogs after the aspiration of blood. Crit Care Med 11:868-871, 1983.

61.    Stock MC, Downs JB, Cooper RB, Lebenson IM, Cleveland J, Weaver DE, Alster JM, Imrey PB: Comparison of continuous positive airway pressure, incentive spirometry, and

conservative therapy after cardiac operations. Crit Care Med 12:969-972, 1984.

62. Stock MC, Downs JB, Corkran ML: Pulmonary function before and after prolonged continuous positive airway pressure by mask. Crit Care Med 12:973-974, 1984.

63. Bruce DL, Downs JB, Kulkarni PS, Capan LM: Precurarization inhibits maximal ventilatory effort. Anesthesiology 61:618-621, 1984.

64. Stock MC, Downs JB, Gauer PK, Alster JM, Imrey PB: Prevention of postoperative pulmonary complications with CPAP, incentive spirometry, and conservative therapy. Chest 87:151-157, 1985.

65. Register SD, Downs JB, Tabeling BB: Gastric mucosal lacerations: A complication of cardiopulmonary resuscitation. Anesthesiology 62:513-514, 1985.

66. Rasanen J, Heikkila J, Downs JB, Nikki P, Vaisanen I, Viitanen A: Continuous positive airway pressure by face mask in acute cardiogenic pulmonary edema. Am J Cardiol 55:296-300, 1985.

67. Stock MC, Downs JB: Administration of continuous positive airway pressure by mask. Acute Care, 1983/84; 10:184-188, 1985.

68. Stock MC, Downs JB, Weaver D, Lebenson IM, Cleveland J, McSweeney TD: Effect of pleurotomy on pulmonary function after median sternotomy. Ann Thorac Surg 42:441-444, 1986.

69. Downs JB, Stock MC: Airway pressure release ventilation: A new concept in ventilatory support. Crit Care Med 15:459-461, 1987.

70. Stock MC, Downs JB, Frolicher DA: Airway pressure release ventilation. Crit Care Med 15:462-466, 1987.

71. Register SD, Downs JB, Stock MC, Kirby RR: Is 50% oxygen harmful? Crit Care Med 15:598-601, 1987.

72. Stock MC, Downs JB: Airway pressure release ventilation: A new approach to ventilatory support during acute lung injury. Respir Care 32:517-524, 1987.

73. Räsänen J, Downs JB: Real-time monitoring of oxygenation. Curr Rev Respir Crit Care Med. 22:175-180, 1987.

74. Räsänen J, Downs JB, DeHaven B: Titration of continuous positive airway pressure by real-time dual oximetry. Chest 92:853-856, 1987.

75. Räsänen J, Downs JB, Malec DJ, Oates K: Oxygen tensions and oxyhemoglobin saturations in the assessment of pulmonary gas exchange. Crit Care Med 15:1058-1061, 1987.

76.    Räsänen J, Downs JB, Malec J, DeHaven B, Seidman P: Estimation of oxygen utilization by dual oximetry. Ann Surg 206:621-623, 1987.

77.    Stock MC, Downs JB, Betts RK, Frolicher DA, Howie MB, Tallman RD: Oxygen consumption during spontaneous ventilation with acute lung injury in anesthetized pigs. Am Rev Respir Dis 137:790-795, 1988.

78.    Banner MJ, Downs JB, Kirby RR, Smith RA, Boysen PG, Lampotang S: Effects of expiratory flow resistance on inspiratory work of breathing. Chest 93:795-799, 1988.

79.    Räsänen J, Downs JB, Stock MC: Cardiovascular effects of conventional positive pressure release ventilation and airway pressure release ventilation. Chest 93:911-915, 1988.

80.    Räsänen J, Bools JC, Downs JB: Endobronchial drainage of undiagnosed lung abcess during chest physical therapy. Physical Therapy 68:371-373, 1988.

81.    Räsänen J, Downs JB, Hodges MR: Continuous monitoring of gas exchange and oxygen use with dual oximetry. J Clin Anesth 1:3-8, 1988.

82.    Garner W, Downs JB, Stock MC, Räsänen J: Airway pressure release ventilation (APRV), a human trial. Chest 94:779-781, 1988.

83.    Räsänen J, Martin DJ, Downs JB, Hodges MR: Oxygen supplementation during electroconvulsive therapy. Br J Anaesth 61:593-597, 1988.

84.    Stock MC, Downs JB, McDonald JS, Silver MJ, McSweeney TD, Fairley DS: The carbon dioxide rate of rise in awake apneic humans. J Clin Anesth 1:96, 1988.

85.    Räsänen J, Downs JB, Malec DJ, DeHaven B, Garner WL: Real-time continuous estimation of gas exchange by dual oximetry. Intensive Care Med 14:118-122, 1988.

86.    Räsänen J, Downs JB, DeHaven B: Optimum versus clinically established levels of continuous positive airway pressure in respiratory therapy. J Clin Monit 4:235-239, 1988.

87.    Perkins MW, Dasta JF, DeHaven B, Halpern P, Downs JB: A model to decrease hepatic blood flow and cardiac output with pressure breathing. Clin Pharmacol Ther 548-552, 1989.

88.    Garner WL, Downs JB, Reilley TE, Frolicher D, Kargi A, Fabri PJ: The effects of hyperoxia during fulminant sepsis. Surgery 105:747-751, 1989.

89.    Vaughn GC, Kaplan RF, Tieche S, Downs JB: Juvenile hyaline fibromatosis: Anesthetic management. Anesthesiology 72:201-203, 1990.

90.    Vaughn GC, Downs JB: Perioperative pulmonary function: Assessment, and intervention. Anesthesiol Rev 17:19-24, 1990.

17

91.     Valentine DD, Hammond MD, Downs JB, Sears NJ, Sims WR: Distribution of ventilation
        and perfusion with different modes of mechanical ventilation. Am Rev Respir Dis
        143:1262-1266, 1991.

92.     Stevens CK, Mentis SW, Downs JB: The human immunodeficiency virus: knowledge and
        precautions among anesthesiology personnel. J Clin Anesth 3:266-275, 1991.

93.     Räsänen J, Downs JB: Are new ventilatory modalities really different? Chest 100:299-300, 1991.

94.     Räsänen J, Cane RD, Downs JB, Hurst JM, Jonsela IT, Kirby RR, Rogoff HJ, Stock MC:
        Airway pressure release ventilation during acute lung injury: A prospective multicenter trial.
        Crit Care Med 19:1234-1241, 1991.

95.     Bosek V, Downs JB: Nausea and vomiting after alfentanil anesthesia: Effect of transdermal
        scopolamine. Anesth Rev 19:19-22, 1992.

96.     Mangar D, Thrush DN, Connell GR, Downs JB: Direct or modified seldinger guide
        wire-directed technique for arterial catheter insertion. Anesth Analg 76:714-717, 1993.

97.     Bowie JR, Smith RA, Downs JB: Absence of a capnogram after positive end-expiratory
        pressure. J Clin Monit 9:78-80, 1993.

98.     McKenzie R, Sharifi-Azad S, Dershwitz M, Miguel R, Joslyn AF, Tantisira B, Rosenblum
        F, Rosow CE, Downs JB, Bowie JR, Sheahan K, Odell S, Lessin J, DiBiase P, Nations M:
        A randomized, double-blind pilot study examining the use of intravenous ondansetron in the
        prevention of postoperative nausea and vomiting in female inpatients. J Clin Anesth 5:30-
        36, 1993.

99.     Putensen C, Räsänen J, Downs J: Effect of endogenous and inhaled nitric oxide on the
        ventilation-perfusion relationships in oleic-acid lung injury. Am J Respir Crit Care Med
        150:330-336, 1994.

100.    Putensen C, Räsänen J, Lopez F, Downs J: Effect of interfacing between spontaneous
        breathing and mechanical cycles on the ventilation-perfusion distribution in canine lung
        injury. Anesthesiology 81:921-930, 1994.

101.    Putensen C, Räsänen J, Lopez F, Downs J: Continuous positive airway pressure modulates
        effect of inhaled nitric oxide on the ventilation-perfusion distributions in canine lung injury.
        Chest 106:1563-1569, 1994.

102.    Thrush D, Downs J, Smith RA: Continuous thermodilution cardiac output: Agreement with
        Fick and bolus thermodilution methods. J Cardiothoracic Vasc Anesth 9:399-404, 1995

103.    Bowie JR, Knox P, Downs JB, Smith RA: Rebreathing improves accuracy of ventilatory monitoring.
        J Clin Monit 11:354-357, 1995.

104.    Thrush DN, Downs JB, Hodges M, Smith RA: Does Significant Arterial Hypoxemia Alter Vital
        Signs? J Clin Anesth 9:355-357, 1997.

105.    Thrush DN, Downs JB, Smith RA: Is epinephrine contraindicated during cardiopulmonary resuscitation?  Circulation 96:2709-2714, 1997.

106.    Bratzke E, Downs JB, Smith RA: Intermittent CPAP: A new mode of ventilation during general anesthesia.  Anesthesiology 89:334-40, 1998.

107.    Hevesi ZG, Thrush DN, Downs JB, Smith RA: Cardiopulmonary Resuscitation: Effect of CPAP on Gas Exchange during Chest Compressions.  Anesthesiology 90:1078-83, 1999.

108.    Putensen C, Rasanen J, Putensen-Himmer G, Downs JB: Effect of Low Isoflurane Concentrations on the Ventilation-Perfusion Distribution In Injured Canine Lungs. Anesthesiology.  Anesthesiology 2002; 97:652-9.

## INVITED PUBLICATIONS & BOOK CHAPTERS

1.    Modell JH, Downs JB: Recent advances in respiratory care, in Dannemiller FJ (ed): 21st Annual Anesthesiology Review Course Lecture Notes. Lecture 104. San Antonio, TX, Society of Air Force Anesthesiologists, 1974.

2.    Downs JB: The experts opine. Surv Anesthesiol 19:568-569, 1975.

3.    Downs JB: Assessment of pulmonary function in the critically ill patient, in Dannemiller FJ (ed): 23rd Annual Anesthesiology Review Course Lecture Notes. Lecture 128. San Antonio, TX, Society of Air Force Anesthesiologists, 1976.

4.    Modell JH, Downs JB: Patterns of respiratory support aimed at pathophysiology.  Annual Refresher Course Lectures. Lecture 223A. Park Ridge, IL, American Society of Anesthesiologists, 1976.

5.    Downs JB (book review): The Lung in the Critically Ill Patient. Pathophysiology and Therapy of Acute Respiratory Failure. Edited by Shoemaker WC. Anesthesiology 45:698, 1976.

6.    Downs JB: Some physiologic aspects of mechanical ventilation PEEP, in Dannemiller FJ (ed): 24th Annual Anesthesiology Review Course Lecture Notes. Lecture 123. San Antonio, TX, Society of Air Force Anesthesiologists, 1977.

7.    Downs JB: Physiologic effects of mechanical ventilatory support.  Annual Refresher Course Lectures. Lecture 133A. Park Ridge, IL, American Society of Anesthesiologists, 1977.

8.    Downs JB, Modell JH: Patterns of respiratory support aimed at pathophysiologic conditions, in Hershey SG (ed): ASA Refresher Courses in Anesthesiology, Vol 5. Philadelphia, JB Lippincott, 1977.

9.    Downs JB: Respiratory failure: Part I-The Adult. Curr Probl Anesth Crit Care Med 1:4-23, 1978.

10.    Downs JB, Modell JH: Some physiologic aspects of mechanical ventilation and PEEP, in Dannemiller FJ (ed): 25th Annual Anesthesiology Review Course Lecture Notes. Lecture 109. San Antonio, TX, Society of Air Force Anesthesiologists, 1978.

11.    Downs JB: Report of panel discussion concerned with secondary effects of mechanical ventilation in critical care. Surv Anesthesiol 22:215-218, 1978.

12.    Downs JB (ed): Demand Valve CPAP: Principles and Practice. Irvine, CA, McGaw Respiratory Therapy, 1978.

13.    Downs JB (editorial comment on), Parham AM, Yarbrough DR III, Redding JS: Flail chest syndrome and pulmonary contusion. Surv Anesthesiol 23:96-97, 1979 (reprinted from Arch Surg 113:900-903, 1978.)

14.    Downs JB: Some physiologic aspects of mechanical ventilation and PEEP, in Dannemiller FJ (ed): 26th Annual Anesthesiology Review Course Lectures Notes. Lecture 109. San Antonio, TX, Society of Air Force Anesthesiologists, 1979.

15.    Downs JB: Ventilator therapy, in Johnson BL (ed): Second Annual Nurse Anesthetist Review Course Lecture Notes. Lecture 109A. San Antonio, TX, Society of Air Force Anesthesiologists, 1979.

16.    Downs JB: Pre and post anesthesia assessment of respiratory problems, in Johnson BL (ed): Second Annual Nurse Anesthetist Review Course Lecture Notes. Lecture 109B. San Antonio, TX, Society of Air Force Anesthesiologists, 1979.

17.    Downs JB: IMV and CPAP--an update, audiotape, in Kaplan JA, Youngberg JA, Finucane BT, Downs JB (eds): Practical Reviews in Anesthesiology, Vol 4, No. 10. Leeds, AL, Educational Reviews, Inc., 1980.

18.    Downs JB, Douglas ME: Intermittent mandatory ventilation and weaning, in Kirby RR, Graybar GB (eds): Intermittent Mandatory Ventilation. International Anesthesiology Clinics, Vol 18, No. 2, pp 81-95. Philadelphia, JB Lippincott, 1980.

19.    Douglas ME, Downs JB: Cardiopulmonary effects of intermittent mandatory ventilation, in Kirby RR, Graybar GB (eds): Intermittent Mandatory Ventilation. International Anesthesiology Clinics, Vol 18, No. 2, pp 97-121. Philadelphia, JB Lippincott, 1980.

20.    Downs JB: Mechanical ventilatory therapy. Part I. Curr Rev Respir Ther 3:75-80, 1981.

21.    Downs JB: Mechanical ventilatory therapy. Part II. Curr Rev Respir Ther 3:81-88, 1981.

22.    Downs JB: Some physiologic aspects of mechanical ventilation, in Dannemiller FJ (ed): 28th Annual Anesthesiology Review Course Lecture Notes. Lecture 116. San Antonio, TX, Society of Air Force Anesthesiologists, 1981.

23.    Downs JB, De Angelis J: Intermittent mandatory ventilation versus controlled ventilation, in
       De Angelis J (ed): The High Risk Patient. San Diego, CA, Beach International, Inc., 1981,
       Chapt. 1.

24.    Downs JB, De Angelis J: The pros and cons of steroids and antibiotics for aspiration pneumonitis, in
       DeAngelis J (ed): The High Risk Patient. San Diego, CA, Beach International, Inc., 1981, Chapt. 24.

25.    Aberman A, Downs JB, Garry W, Weil MH, Weiss M: Cerebral protection, metabolic
       acidosis and cardiopulmonary dynamics. Panel discussion: Questions and answers, in De
       Angelis J (ed): The High Risk Patient. San Diego, CA, Beach International, Inc., 1981,
       Chapt. 30.

26.    Downs JB, Douglas ME: Applied physiology and respiratory care, in Shoemaker WC,
       Thompson WL (eds): Critical Care. State of the Art, Vol 3. Fullerton, CA, Society of
       Critical Care Medicine, 1982, pp III(E):1-35.

27.    Downs JB: Evaluation of pulmonary function in the perioperative period, in Dannemiller JF
       (ed): 29th Annual Anesthesiology Review Course Lecture Notes. Lecture 102. San Antonio,
       TX, Society of Air Force Anesthesiologists, 1982.

28.    Downs JB: Practical aspects of mechanical ventilation, in Dannemiller FJ (ed): 29th Annual
       Anesthesiology Review Course Lecture Notes. Lecture 136. San Antonio, TX, Society of Air
       Force Anesthesiologists, 1982.

29.    Downs JB: Postoperative respiratory care, in Kaplan J (ed): Thoracic Anesthesia. New York,
       Churchill Livingstone, 1983, pp. 635-63

30.    Downs JB: Applied physiology and respiratory care, in Carnes MA (ed): 30th Annual
       Anesthesiology Review Course Lecture Notes. Lecture 127. San Antonio, TX, Society of Air
       Force Anesthesiologists, 1983.

31.    Downs JB: How to wean the ventilator-dependent patient, in Carnes MA (ed): 30th Annual
       Anesthesiology Review Course Lecture Notes. Lecture 129. San Antonio, TX, Society of Air
       Force Anesthesiologists, 1983.

32.    Downs JB: Weaning from ventilatory support. 34th Annual Refresher Course Lectures.
       Lecture 203. Park Ridge, IL, American Society of Anesthesiologists, 1983.

33.    Tabeling BB, Downs JB: Evaluation of pulmonary function in the preoperative period. Curr
       Rev Clin Anesth 3:205-212, 1983.

34.    Downs JB: Acute respiratory failure: The adult, in Gallagher TJ (ed): Advances in
       Anesthesia, Vol 1. Chicago, Year Book Medical, 1984, pp 1-21.

35.    Douglas ME, Downs JB: Respiratory therapy for ventilatory failure, in Shoemaker WC,
       Thompson WL, Holbrook PR (eds): Textbook of Critical Care. Philadelphia, WB Saunders,
       1984, pp 301-309

36.    Downs JB: Intensive care and the adult respiratory distress syndrome, in Parrillo JE, Ayres SM (eds): Major Issues in Critical Care Medicine. Baltimore, Williams and Wilkins, 1984, pp 149-159.

37.    Downs JB: Weaning the ventilator dependent patient. 35th Annual Refresher Course Lectures. Lecture 142. Park Ridge, IL, American Society of Anesthesiologists, 1984.

38.    Downs JB: Applications of Continuous Mixed Venous Oxygen Saturation Monitoring in Anesthesia. American Edwards Laboratories, 1984.

39.    Downs JB: Physiological effects of increased airway pressure, in Vincent JL (ed): Update in Intensive Care and Emergency Medicine. Brussels, Springer-Verlag, pp 20-23, 1985.

40.    Downs JB: Weaning from ventilatory support, in Vincent JL (ed): Update in Intensive Care and Emergency Medicine. Brussels, Springer-Verlag, pp 98-101, 1985.

41.    Downs JB: Hemodynamic management of acute respiratory failure, in Vincent JL (ed): Update in Intensive Care and Emergency Medicine. Brussels, Springer-Verlag, pp 294-297, 1985.

42.    Downs JB: Weaning from ventilatory support, in Zorab JSM (ed): Lectures in Anaesthesiology. Worcester, Billing and Sons Ltd, 1986, pp 75-87.

43.    Downs JB: Current concepts in the treatment of acute lung injury. Artificial Respiration (Jpn), pp 17-25, 1986.

44.    Stock MC, Downs JB: The technique of applying positive airway pressure. J Critical Illness 1:53-58, 1986.

45.    Downs JB, Stock MC: Mechanical ventilation, in Parillo JE (ed): Current Therapy in Critical Care Medicine. Washington, DC, BC Decker, Inc., 1987, pp 19-23.

46.    Downs JB, Stock MC, Rasanen J: Airway pressure release ventilation (APRV): A new approach to the management of acute lung injury, in Vincent JL (ed): Update in Intensive Care and Emergency Medicine, Brussels, Springer-Verlag, 1987, pp 228-233.

47.    Downs JB, Räsänen J: Dual oximetry in assessment of cardiopulmonary function, in Vincent JL (ed): Update in Intensive Care and Emergency Medicine, Brussels, Springer-Verlag, 1987, pp 342-348.

48.    Gupta B, Downs JB (book review): Anesthesia for the Uninterested. By Tolmie JD, Biech AA. Chest 91:22, 1987.

49.    Räsänen J, Downs JB: Real-time monitoring of oxygenation. Curr Rev Clin Anesth 19:151-155, 1987.

50.    Räsänen J, Downs JB: New techniques of positive pressure ventilation, in: Shapiro BA, Cane RD (eds): Positive Airway Pressure Therapy: PPV and PEEP. Anesthesiology Clinics of North America, Vol 5, No. 4, Philadelphia, W.B. Saunders, 1987, pp 893-900.

51.    Downs JB: IMV, SIMV, assisted ventilation. ICU & CCU, J Int Med Care (Japanese Version) 12:76-89, 1988.

52.    Räsänen J, Downs JB (book review): Cardiopulmonary Interactions in Acute Respiratory Failure. Crit Care Med 16:571, 1988.

53.    Räsänen J, Downs JB: Airway pressure release ventilation, in Vincent JL (ed): Update in Intensive Care and Emergency Medicine 5. Brussels, Springer-Verlag, pp 772-775, 1988.

54.    Downs JB: Airway pressure support, in Civetta JM, Taylor RW, Kirby RR (eds): Critical Care. Philadelphia, JB Lippincott, pp 1151-1159, 1988.

55.    Downs JB: Dual oximetry in the assessment of cardiopulmonary function; and New modes of ventilation. 19th Annual Anesthesiology Symposium. Norfolk, Virginia, Dannemiller Foundation , pp 401-403, 1988.

56.    Downs JB: Dual oximetry, in Perioperative Eigenblutnutzung, 18. Bielefelder anasthesiologisches colloquium,18:37, 1988.

57.    Register SD, Downs JB: $FIO_2$ and positive end-expiratory pressure. Curr Respir Care, pp 132-136, 1988.

58.    Räsänen J, Downs JB: Update on oxygen therapy. Adv Anes 7:291-311, 1990.

59.    Kirby RR, Banner MJ, Downs JB (eds): Clinical Applications of Ventilatory Support. New York, Churchill Livingstone, 1990.

60.    Räsänen J, Downs JB: Modes of mechanical ventilatory support, in Kirby RR, Banner MJ, Downs JB (eds): Clinical Applications of Ventilatory Support. New York, Churchill Livingstone, 1990, pp 173-198.

61.    Downs JB: Continuous assessment of cardiopulmonary function, in Vincent JL (ed): Update in Intensive Care and Emergency Medicine. Berlin, Springer-Verlag, 1990, pp 440-450.

62.    Stock MC, Downs JB: Airway pressure release ventilation, in Banner MJ, Kirby RR, Taylor RW (eds): Problems in Critical Care, Vol 4. Philadelphia, JB Lippincott, 1990, pp 217-224.

63.    Cerra FB, Bobo DE Sr, Downs JB, Lichtenthal P, Weled B: Does technology drive clinical practice or does clinical practice drive technology? 18th Annual Educational and Scientific Symposium, Vol 3. Society of Critical Care Medicine. New Orleans, LA, June 5, 1989, pp 88-103, 1990.

64.    Räsänen J, Downs JB: Airway pressure release ventilation. Contemp Mgt Crit Care. 1:63-70, 1990.

65.     Downs JB, Smith RA: Principles of mechanical ventilation, 1990 Refresher Course and
        Clinical Update Program. Las Vegas, American Society of Anesthesiologists, no. 134, pp
        1-7, 1990.

66.     Räsänen J, Downs JB: Airway Pressure Release Ventilation in: Grenvik A, Downs J,
        Rasanen J, Smith R (eds): Mechanical Ventilation and Assisted Respiration. New York,
        Churchill Livingstone, 1991, pp 63-71.

67.     Downs JB: Physiologic effects of raised airway pressure, in Stanley TH, Sperry RJ (eds):
        Anesthesia and the Lung, 1992. Dordrecht, The Netherlands, Kluwer Academic Publishers,
        1992, pp 209-241.

68.     Downs JB: New modes of ventilatory support, in Stanley TH, Sperry RJ (eds): Anesthesia
        and the Lung, 1992. Dordrecht, The Netherlands, Kluwer Academic Publishers, 1992, pp
        297-301.

69.     Downs JB: Monitoring cardiopulmonary function with dual oximetry, in Stanley TH, Sperry
        RJ (eds): Anesthesia and the Lung, 1992. Dordrecht, The Netherlands, Kluwer Academic
        Publishers, 1992, pp 319-329.

70.     Downs JB, Räsänen J: Airway pressure support, in Civetta JM, Taylor RW, Kirby RR (eds):
        Critical Care, 2nd ed. Philadelphia, JB Lippincott, 1992, pp 1381-1389.

71.     Downs JB, Bosek V: Perioperative pulmonary function. Curr Rev Nurse Anesthetists
        15:181-188, 1993.

72.     Downs JB, Bosek V: Perioperative pulmonary function. Curr Rev Clin Anesth 13:129-136,
        1993.

73.     Downs JB, Bosek V: Perioperative pulmonary function. Curr Rev Postanesthesia Care
        Nurses 15:54-60, 1993.

74.     Slutsky AS, Brochard L, Dellinger RP, Downs JB, Gallagher TJ, Gattinoni L, Hickling K,
        Kacmarek RM, MacIntyre N, Marini JJ, Morris AH, Pierson DJ, Rouby J-J, Tobin MJ,
        Younes M: Mechanical ventilation. Chest 104:1833-1859, 1993.

75.     Rasanen J, Downs JB: Positive airway pressure therapy. In: Grenvik A, Holbrook P, Shoemaker WS
        (eds): Textbook of Critical Care, 3rd ed. Philadelphia: W.B. Saunders; 1995, pp 867-880.

76.     Downs J, Stock C: Airway Pressure Release Ventilation (Interview) Intensive Medicine Point-
        Counterpoint Vol. 5 No. 2, 1996.

EDITORIALS

76.    Downs JB (editorial comment on), Samii K, Conseiller C, Viars P: Central venous pressure and pulmonary wedge pressure. A comparative study in anesthetized surgical patients. Arch Surg 11:1125, 1976.

77.    Downs JB: Who should intubate?, Editorial. Respir Care 26:331-332, 1981.

78.    Downs JB, Douglas ME: Intermittent mandatory ventilation: Why the controversy?, Editorial. Crit Care Med 9:622-623, 1981.

79.    Downs JB: Presidential address: Crisis and challenge. Crit Care Med 12:843-845, 1984.

80.    Downs JB: Extubation criteria, editorial. Crit Care Med 14:169, 1986.

81.    Downs JB, Rasanen J: Confirming the null hypothesis, editorial. Crit Care Med 15:82-83, 1987.

82.    Downs J: Prevention of hypoxemia: The simple, logical, but incorrect solution, editorial. J Clin Anesth 6:180-181, 1994.

83.    Downs JB; Smith RA: Increased inspired oxygen concentration may delay diagnosis and treatment of significant deterioration in pulmonary function. Crit Care Med 12:2844-2846, 1999.

84.    Hevesi ZG; Downs JB; Smith RA: Field Evaluation of Experimental Cardiopulmonary Resuscitation Techniques. Anesthesiology 92:1517-18; 2000.


LETTERS TO THE EDITOR

85.    Janis KM, Downs JB: The anesthesia screening clinic, letter to the editor. JAMA 223:692, 1973.

86.    Downs JB: Disagreement with weaning editorial, letter to the editor. Respir Care 21:682-686, 1976.

87.    Downs JB: Letter to the editor. Crit Care Med 4:279-280, 1976.

88.    Downs JB: Inappropriate applications of IMV, letter to the editor. Chest 78:897, 1980.

89.    Downs JB, Fried JL: Evaluation of venturi CPAP device questioned, letter to the editor. Respir Care 26:681-682, 1981.

90.    Poulton TJ, Downs JB: Letter to the editor. Crit Care Med 9:889, 1981.

91.    Downs JB: Response to letter to the editor. Crit Care Med 13:514, 1985.

92.    Downs JB: Letter to the editor. Crit Care Med 14:664, 1986.

93.    Downs JB: New modes of ventilatory assistance, *letter to the editor*. Chest 90:626, 1986.

94.    Räsänen J, Downs JB: Alveolar-arterial oxygen tension difference: An inaccurate estimate of pulmonary function with variable oxygen supplementation, letter to the editor. Crit Care Med 15:88-89, 1987.

95.    Register SD, Downs JB: Is 50% oxygen harmful? letter to the editor. Crit Care Med 16:1165, 1988.

96.    Stock MC, Downs JB: A pain in the neck-and shoulder, letter to the editor. Anesthesiology 72:771, 1990.

97.    Downs JB: Intermittent CPAP During General Anesthesia, letter to the editor. Anesthesiology 90:1489-90, 1999.

## ABSTRACTS

1.    Downs JB, Rackstein AD, Klein EF, Hawkins L: *Complications of radial artery cannulation.* Abstracts of Scientific Papers. ASA Annual Meeting. Park Ridge, IL, American Society of Anesthesiologists, pp 79-80, 1972.

2.    Downs JB, Chapman RL Jr, Modell JH, Hood C: An evaluation of steroid therapy in aspiration pneumonitis. Chest 64:393, 1973.

3.    Chapman RL Jr., Downs JB, Modell JH, Hood Cl: The effect of steroid therapy and continuous positive pressure ventilation in treating hydrochloric acid aspiration. Abstracts of Scientific Papers. ASA Annual Meeting. Park Ridge, IL, American Society of Anesthesiologists, pp 113-114, 1973.

4.    Calderwood HW, Klein EF Jr., Modell JH, Teague PO, Downs JB: Distribution of nebulized aerosols in spontaneously breathing puppies. Abstracts of Scientific Papers. ASA Annual Meeting. Park Ridge, IL, Society of Anesthesiologists, pp 205-206, 1973.

5.    Modell JH, Calderwood HW, Ruiz BC, Chapman RL Jr, Downs JB: *Effects of ventilatory patterns on arterial oxygenation after near-drowning with sea water: A comparative study in dogs.* Abstracts of Scientific Papers. ASA Annual Meeting. Park Ridge, IL, American Society of Anesthesiologists, pp 217-218, 1973.

6.    Downs JB, Mitchell LA: Intermittent mandatory ventilation following cardiopulmonary bypass. Crit Care Med 2:39-40, 1974.

7.    Hodges M, Downs JB, Mitchell LR: Thermodilution and Fick cardiac index determination in critically ill surgical patients. Abstracts of Scientific Papers. ASA Annual Meeting. Park Ridge, IL, American Society of Anesthesiologists, pp 103-104, 1974.

8.    Douglas ME, Downs JB, Dannemiller FJ, Hodges MR: Thrombocytopenia and the adult respiratory distress syndrome. Abstracts of Scientific Papers. ASA Annual Meeting. Park Ridge, IL, American Society of Anethesiologists, pp 245-246, 1974.

26

9.     Downs JB, Kirby RR, Civetta JM: High level positive end-expiratory pressure (PEEP) in acute
       respiratory insufficiency. Abstracts of Scientific Papers. ASA Annual Meeting. Park Ridge, IL,
       American Society of Anesthesiologists, pp 249-250, 1974.

10.    Mitchell LA, Downs JB, Dannemiller FJ: Extrapulmonary influences on A-aDO$_2$ 1.0 following
       cardiopulmonary bypass. Abstracts of Scientific Papers. ASA Annual Meeting. Park Ridge, IL,
       American Society of Anesthesiologists, pp 309-310, 1974.

11.    Downs JB, Mitchell LA, Dannemiller FJ, Stanford W: Modification of airway closure and pulmonary
       gas exchange following cardiac surgery. Crit Care Med 3:41, 1975.

12.    Downs JB, Douglas ME: Mechanical ventilatory pattern, intrapulmonary pressure and cardiac output.
       50th Congress. Cleveland, OH, International Anesthesia Research Society, p 57, 1976.

13.    Sturgeon CL Jr, Downs JB, Douglas ME, Dannemiller FJ: PEEP and CPAP: Cardiopulmonary effects
       during spontaneous ventilation. 50th Congress. Cleveland, OH, International Anesthesia Research
       Society, p 72, 1976.

14.    Douglas ME, Downs JB: Functional recovery after acute respiratory insufficiency and high levels of
       positive end-expiratory pressure. Abstracts of Scientific Papers. ASA Annual Meeting. Park Ridge,
       IL, American Society of Anesthesiologists, pp 25-26, 1976.

15.    Downs JB: Cardiac filling and pulmonary artery occlusion pressure during mechanical ventilation with
       PEEP. Abstracts of Scientific Papers. ASA Annual Meeting. Park Ridge, IL, American Society of
       Anesthesiologists, pp 37-38, 1976.

16.    Perschau RA, Pepine CJ, Downs JB: Disproportionate ventricular hemodynamic responses to PEEP
       with spontaneous ventilation. Abstracts of Scientific Papers. ASA Annual Meeting. Park Ridge, IL,
       American Society of Anesthesiologists, pp 39-40, 1976.

17.    Paul WL, Downs JB, Chapman RL: Postoperative atelectasis: IPPB, incentive spirometry and
       face-mask PEEP. Abstracts of Scientific Papers. ASA Annual Meeting. Park Ridge, IL, American
       Society of Anesthesiologists, pp 319-320, 1976.

18.    Murphy EJ, Downs JB: Ventilator-induced ventilation-perfusion mismatching. Abstracts of Scientific
       Papers. ASA Annual Meeting. Park Ridge, IL, American Society of Anesthesiologists, pp 345-346,
       1976.

19.    Mantini EL, Downs JB, Douglas ME, Marquez J, Calderwood HW: A comparison of the
       cardiovascular and renal effects of CPAP and CPPV. Chest 72:406, 1977.

20.    Douglas ME, Downs JB, Mantini EL, Ruiz BC: Bicarbonate administration and venous oxygen
       tension. Abstracts of Scientific Papers. ASA Annual Meeting. Park Ridge, IL, American Society of
       Anesthesiologists, pp 73-74, 1977.

21.    Davis RF, Douglas ME, Downs JB, Heenan TJ: Intracranial pressure changes during sodium
       nitroprusside infusion. Abstracts of Scientific Papers. ASA Annual Meeting. Park Ridge, IL,
       American Society of Anesthesiologists, pp 79-80, 1977.

22.    Chapin JC, Downs JB, Douglas ME, Murphy EJ, Ruiz BC: Lung expansion and pressure transmission with positive end-expiratory pressure. Abstracts of Scientific Papers. ASA Annual Meeting. Park Ridge, IL, American Society of Anesthesiologists, pp 103-104, 1977.

23.    Millbern MS, Downs JB, Jumper LC, Modell JH: Weaning criteria: Is there a difference? Abstracts of Scientific Papers. ASA Annual Meeting. Park Ridge, IL, American Society of Anesthesiologists, pp 105-106, 1977.

24.    Downs JB, Douglas ME, Weisenborn DJ: Is assisted better than controlled ventilation? in: Abstracts of Scientific Papers. ASA Annual Meeting. Park Ridge, IL, American Society of Anesthesiologists, pp 107-108, 1977.

25.    Ruiz BC, Downs JB, Desautels DA, Calderwood HW: Intermittent mandatory ventilation and assisted mechanical ventilation: A comparison. Abstracts of Scientific Papers. ASA Annual Meeting. Park Ridge, IL, American Society of Anesthesiologists, pp 109-110, 1977.

26.    Marquez JM, Wu WH, Douglas ME, Mantini EL, Kuck EJ, Downs JB: Renal function during CPPV and CPAP. Abstracts of Scientific Papers. ASA Annual Meeting. Park Ridge, IL, American Society of Anesthesiologists, pp 111-112, 1977.

27.    Douglas ME, Downs JB, Shook D: Physiologic intrapulmonary shunting: Effects of methylprednisolone and PEEP. 52nd Congress. Cleveland, OH, International Anesthesia Research Society, p 67, 1978.

28.    Hall JR, Rendleman DC, Downs JB: PEEP devices: Flow-dependent increases in airway pressure. Crit Care Med 6:100, 1978.

29.    Heenan TJ, Ruiz BC, Jumper LC, Downs JB: The cardiopulmonary effects of synchronous and asynchronous intermittent mandatory ventilation. Abstracts of Scientific Papers. ASA Annual Meeting. Park Ridge, IL, American Society of Anesthesiologists, pp 443-444, 1978.

30.    Amick R, Douglas ME, Downs JB: Differential effects of PEEP during spontaneous and mechanical ventilation. Abstracts of Scientific Papers. ASA Annual Meeting. Park Ridge, IL, American Society of Anesthesiologists, pp 447-448, 1978.

31.    Rose DM, Downs JB, Amick R, Heenan TJ, Ruiz BC: Time-related changes in FRC and in oxygen tension PEEP. Abstracts of Scientific Papers. ASA Annual Meeting. Park Ridge, IL, American Society of Anesthesiologists, pp 451-452, 1978.

32.    Auffant RA, Amick R, Downs JB, Selby JH, Hasten R: Ionized calcium concentration (Ca++) and cardiovascular function following cardiopulmonary bypass. Abstracts of Scientific Papers. ASA Annual Meeting. Park Ridge, IL, American Society of Anesthesiologists, pp 591-592, 1978.

33.    Hasten RW, Heenan TJ, Downs JB, Boysen PG, Jumper LC, Selby JH Jr: A comparison of synchronized and non-synchronized intermittent mandatory ventilation. Respir Care 24:70, 1979.

34.    Boysen PG, Hasten RW, Heenan TJ, Downs JB: Comparison of synchronized and nonsynchronized intermittent mandatory ventilation in COPD patients. Am Rev Respir Dis 119 (suppl):96, 1979.

35.    Shook DW, Douglas ME, Downs JB: Oxygen, positive end-expiratory pressure and steriods: Effects on intrapulmonary physiologic shunts. Am Rev Respir Dis 119 (suppl):359, 1979.

36.    Poulton TJ, Downs JB, Bawol BP, Crawford CA: Can we humidify high gas flows? Crit Care Med 7:132, 1979.

37.    Berman LS, Downs JB, van Eeden A, Delhagen D: Reverse I:E ratio, CPAP, and CPPV: Is there a difference? Anesthesiology 51:S188, 1979.

38.    Stone DR, Downs JB, Paul WL, Perkins HM: Humidification and body temperature during anesthesia in adults. Anesthesiology 51:S359, 1979.

39.    Fried JL, Downs JB, Heenan TJ: Portable device for continuous positive airway pressure. Respir Care 24:1201, 1979.

40.    Melker RJ, Downs JB, Krischer JP, Cavallaro DL, Shevlin L: A comparison of ventilatory patterns for cardiopulmonary resuscitation. Med Instrum 14:57, 1980.

41.    Stone DR, Downs JB: Collateral ventilation and PEEP in normal and edematous lungs of dogs. Anesthesiology 53:S186, 1980.

42.    Morgan C, Downs JB, Weled BJ: Accurate measurement of intrapleural pressure. Anesthesiology 53:S187, 1980.

43.    Hall JR, Poulton TJ, Downs JB, Hawkins IF Jr, Crawford CA: In vivo arterial blood gas analysis: An evaluation. Crit Care Med 8:414-417, 1980.

44.    Loveland SR, Weaver LJ, Irwin RS, Hodgkin JE, Kirby RR, Downs JB, Gallagher TJ: RT clinical research. Six physicians discuss the potential contributions of RTs in research. American Association of Respiratory Therapy Times 4:14-22, 1980.

45.    Stock MC, Downs JB, Gauer PK, Cooper RB: Prevention of atelectasis after upper abdominal operations. Anesthesiology 57:A457, 1982.

46.    Stock MC, Downs JB: Postoperative respiratory therapy. Abstracts of Scientific Papers. Annual Meeting Midwest Anesthesia Residents' Conference, p. 29, 1982.

47.    Stock MC, Downs JB, Gauer PK, Cooper RB: Prevention of atelectasis after upper abdominal operation. Crit Care Med 11:220, 1983.

48.    Stock MC, Downs JB, Corkran ML, Crawford CA: Pulmonary function before and after prolonged continuous positive airway pressure by mask. Anesth Analg 62:286, 1983.

49.    Downs JB: Blood gases and inspired oxygen concentration. Acta Anaesthesiol 27(suppl 78):12, 1983.

50.    Downs JB: Rationale for face-mask CPAP in intensive care. Acta Anaesthesiol 27(suppl 78):25, 1983.

51.    Downs JB: Pleural pressure monitoring. Acta Anaesthesiol 27(suppl 78):59, 1983.

52.    Kulkarni PS, Downs JB: "Physiologic PEEP": Fact or fiction? Anesthesiology 61:A112, 1984.

53.    Stock MC, Downs JB, Lebenson IM, Cleveland JC: Effect of pleurotomy on pulmonary function after
       mediansternotomy. Abstracts of Scientific Papers. SCA Annual Meeting. Society of Cardiovascular
       Anesthesiologists, Richmond, VA, p 185, 1984.

54.    Stock MC, Downs JB, Frolicher DA: Airway pressure release ventilation (APRV): A new ventilatory
       support mode during acute lung injury (ALI). Crit Care Med 14:366, 1986.

55.    Garner W, Downs JB, Reilley TR: Physiological CPAP - What is it - Does it matter? Crit Care Med
       14:367, 1986.

56.    Stock MC, Downs JB, Betts RK, Frolicher DA, Tallman RD, Howie MB: Extracorporeal CO2
       extraction for ventilatory support during acute lung injury. Crit Care Med 14:369, 1986.

57.    Stock MC, Downs JB, Betts RK, Frolicher DA, Tallman RD, Howie MB: Does the oxygen cost of
       breathing increase with acute lung injury? Crit Care Med 14:369, 1986.

58.    Stock MC, McDonald JS, Silver MJ, Downs JB: How fast does $CO_2$ really rise during apnea? Anesth
       Analg 65:S153, 1986.

59.    Garner W, Downs JB, Reilley TE, Frolicher DA, Fabri PJ: The effect of inspired oxygen and fulminant
       infection on survival. Anesthesiology 65:A101, 1986.

60.    Stock MC, Downs JB, Betts RK, Frolicher DA, Tallman RD: Oxygen consumption during
       spontaneous ventilation with acute lung injury. Anesthesiology 65:A586, 1986.

61.    Räsänen J, Downs JB: "Optimum" vs "Bureaucratic" continuous positive airway pressure. Abstracts of
       Scientific Papers. SCA Annual Meeting. Society of Cardiovascular Anesthesiologists, Richmond,
       VA, p 131, 1987.

62.    Räsänen J, Downs JB, Seidman P, DeHaven B: Estimation of oxygen utilization by dual oximetry.
       Abstracts of Scientific Papers. SCA, Annual Meeting. Society of Cardiovascular Anesthesiologists,
       Richmond, VA, p 108, 1987.

63.    Stock MC, Garner W, Downs JB, Räsänen J: Ventilatory support after cardiac operations with airway
       pressure release ventilation (APRV). Abstracts of Scientific Papers. SCA Annual Meeting. Society of
       Cardiovascular Anesthesiologists, Richmond, VA, p 98, 1987.

64.    Räsänen J, Downs JB, Oates K: Oxygen tension and oxyhemoglobin saturation to assess pulmonary
       gas exchange. Anesthesiology 67:A172, 1987.

65.    Räsänen J, Downs JB, DeHaven B, Garner WL: Real-time continuous estimation of gas exchange by
       dual oximetry. Anesthesiology 67:A173, 1987.

30

66.    Räsänen J, Downs JB, DeHaven B: Titration of continuous positive airway pressure by realtime dual oximetry. Crit Care Med 15:395, 1987.

67.    Howie MB, Suntay GJ, Murray K, Downs JB: Limitation of pulmonary vasodilation by nitroglycerine shown by right ventricular ejection fraction catheter. Anesth Analg 67:S96, 1988.

68.    Banner MJ, Downs JB, Kirby RR, Smith RA, Boysen PG, Lampotang S: Effects of expiratory flow resistance on inspiratory work of breathing. Chest 93:795-797, 1988.

69.    Halpern P, Downs JB, Rasanen J: Hemodynamic effects of airway pressure release and positive pressure ventilation in hypovolemic dogs. Crit Care Med 16:452, 1988.

70.    Downs JB: New modes of ventilation, oximetry in assessment of cardiopulmonary function, and the roles of intensivists in clinical research. Golden Jubilee Meeting. Sydney, Australia, The Royal Australasian College of Physicians, pp 459-462, 1988.

71.    Räsänen J, Downs JB: Cardiopulmonary monitoring using dual oximetry. Anesthesiology 69:3A, 1988.

72.    DeHaven CB, Fuhrman TM, Downs JB, Reilley TE: Treatment of hypercarbia and tachypnea with mask CPAP. Crit Care Med 17:151, 1989.

73.    Cane RB, Stock MC, Lefebvre DL, Peruzzi WT, Shapiro BA, Downs JB: Airway pressure release ventilation in severe acute respiratory failure. Crit Care Med 17:32, 1989.

74.    Downs JB: Airway pressure release ventilation. Der Anaesthesist, September, p. 21-22, 1989.

75.    Thrush DN, Wayne S, Downs JB: Narcotic anesthesia for cardiac surgery: is early extubation harmful? Anesthesiology 71:A200, 1989.

76.    Hodges MR, Preece LP, Downs JB: Clinical experience with pulse oximetry in the presence of elevated carboxyhemoglobin. Anesthesiology 71:A369, 1989.

77.    Räsänen J, Cane RD, Downs JB, Hurst JM, Kirby RR, Stock MC, Vaisanen IT: Airway pressure release ventilation:A multicenter trial. Anesthesiology 71:A1078, 1989.

78.    Stevens CK, Wayne S, Downs JB: Anesthesia personnel: HIV knowledge and precautions. Anesth Analg 70:S392, 1990.

79.    O'Lenic TD, Cane RD, Downs JB: Breathing $FIO_2$ above room air increases intrapulmonary shunt. Crit Care Med 22:A88, 1994.

80.    Cane RD, O'Lenic TD, Downs JB: Ventilation: Perfusion relationships are adversely effected by breathing oxygen concentrations below 50%. Anesthesiology V81, No 3A, Sept 1994.

81.    Thrush D, Downs JB, Smith RA: Pulmonary effects of epinephrine and methoxamine during CPR of swine. Anesth Analg 80:S497, 1995.

82. Thrush D, Downs JB, Smith RA: Distribution of ventilation and perfusion during experimental cardiopulmonary resuscitation of swine. Anesth Analg 80:S496, 1995.

83. Schweiger J, Downs JB, Hodges M, Jackson C, Lopez F: Flail Chest or Lung Injury: Which is most important? Anesthesiology V 83, No. 3A, Sept 1995.

84. Murdoch C, Gill P, Cane RD, Downs JB, Smith DB, Novitzky D: Cardiovascular responses and oxygenation during varied FIO$_2$ following cardiac surgery. Anesthesiology 83:A258, Sept 1995.

85. Thrush DN, Downs JB, Hodges M, Smith RA: Cardiovascular effects of acute hypoxemia in humans. Anesthesiology V 85, No. 3A, Sept 1996.

86. Bakke FA, Downs JB, Might KS, Smith RA: Constant mean airway pressure ventilation (CMAPV), a new ventilatory mode, compared with controlled mechanical ventilation (CMV) in acute lung injury. Anesthesiology V 85, No. 3A, Sept 1996.

87. Bratzke EC, Downs JB, Smith RA: Airway pressure release ventilation improves efficiency of ventilation and oxygenation during one-lung anesthesia. Anesthesiology V 85, No. 3A, Sept 1996.

88. Bratzke EC, Downs JB, Smith DB, Soler PM, Cane RD, Smith RA: VA/Q relationships with varied breathing patterns during one-lung ventilation. Anesthesiology V 85, No. 3A, Sept 1996.

89. Bratzke EC, Downs JB, Smith DB, Novitzky D, Smith RA: Distribution of VA/Q ratios during similar levels of PEEP and CPAP. Anesthesiology V 85, No. 3A, Sept 1996.

90. Bratzke EC, Downs JB, Smith RA: Airway pressure release ventilation improves efficiency of ventilation and ventilatory monitoring during anesthesia. Anesthesiology V85, No. 3A, Sept 1996.

91. Bakke F, Downs JB, Smith RA, Rasanen J: Constant mean airway pressure ventilation: A physiologically designed ventilatory mode. Crit Care Med 24:A101, 1996.

92. Murdoch C, Gill P, Downs JB, Smith RA, Cane RD, Novitzky D: Changes in perfusion, not ventilation, mediate VA/Q response to varied FIO2. Crit Care Med 24:A28, 1996.

93. Schweiger H, Downs JB, Smith RA: CPAP improves VA/Q and lung mechanics after nonpenetrating chest trauma in swine. Crit Care Med 24:A110, 1996.

94. Schweiger H, Downs JB, Smith RA: VA/Q during hemorrhagic shock and resuscitation in swine. Crit Care Med 24:A105, 1996.

95. Fu ES, Homolka C, Downs JB, Schweiger J. Pulse oximetry reliably detects hypoventilation during room air breathing. Anesth Analg 82:S116, 1996.

96. Hevesi ZG, Thrush DN, Downs JB, Smith RA: Effect of CPAP on gas exchange during chest compressions. Anesthesiology 87:A1101, 1997.

97. Downs JB, Burdash KM, Cane RD, Smith PC, Smith RA: A Faculty Evaluation/Incentive Tool. Anesth Analg 1998;86;S1-S551.

97.     Hevesi ZG, Thrush DN, Downs JB, Smith RA: CPAP without IPPV slows the deterioration of aortic blood pressure and carotid flow during CPR. Crit Care Med 26:A55, 1998.

98.     Bosek V, Smith DB, Downs JB, Smith RA: Optimal ventilatory technique with the laryngeal mask airway. Anesth Analg 86:S532, 1998.

99.     Downs JB, Burdash KB, Cane RD, Smith PC, Smith RA: A faculty evaluation/incentive tool. Anesth Analg 86:S28, 1998.

100.    Hevesi Z, Thrush DN, Downs JB, Smith RA: The "ABC's" of cardiopulmonary resuscitation with the "B". Anesthesiology 89:B1 (Young Investigator Award), 1998.

101.    Hevesi Z, Thrush DN, Downs JB, Smith RA: Hemodynamic function during CPR: effect of chest compression time and rate. Anesthesiology 89:B16, 1998.

102.    Naidu KA, Fu ES, Prockop LD, Downs JB: Modulation of Lipid Hydroperoxide and Glutathione Peroxidase: Indices of Oxyradical Production After Hyperoxia in Selected Regions of the Brain. 1998 Annual American Society of Anesthesiologists Meeting Program.

103.    Bratzke E, Downs JB, SmithRA: Intermittent CPAP: A new mode of ventilation during general anesthesia. Anesthesiology 1998; 89:334-40.

104.    Fu ES, Neymour R, Downs JB: Routine Supplemental Oxygen is not Necessary During Post-Anesthesia Recovery. Anesth Analg 1999;88:S39.

105.    Thrush DN, Downs JB, Smith RA: Does epinephrine adversely effect gas exchange during CPR in humans? Anesth & Analg 2000; 90:S143.

106.    Kabemba AS, Downs JB, Smith RA: Hypoxemia - How Low Can We Go? Anesthesiology 2001;95:A1123.

107.    Kabemba AS, Downs JB, Smith RA, Milton M, Saporta S: Arterial Hypoxemia: Brain Injury and Dysrhthmias. Crit Care Med 2003;31:A45.

<u>PAPERS AND LECTURES PRESENTED</u>

Ventilators -- what they can and cannot do. Team Management in Acute Respiratory Failure. Florida Tuberculosis and Respiratory Disease Association. Coral Gables, FL. Sept 21-24, 1972.

Complications of radial artery cannulation. Annual Meeting. American Society of Anesthesiologists. Boston, MA. Oct, 1972.

Pulmonary function and respiratory failure. Daytona Osteopathic Physicians Association. Daytona Beach, FL. Oct 17, 1972.

The effect of incremental PEEP on $PAO_2$ in patients with respiratory failure. Annual Meeting. International Anesthesia Research Society. Bal Harbour, FL. Mar 12, 1973.

An evaluation of steroid therapy in aspiration pneumonitis. Annual Meeting. American College of Chest Physicians. Toronto, Ontario, Canada. Oct 22, 1973.

Mechanical ventilators. Annual Recovery Room Seminar. Florida Society of Anesthesiologists, Tampa, FL. Oct, 1973.

Intermittent mandatory ventilation: A prospective evaluation. New York Postgraduate Assembly. New York, NY. Dec 10, 1973.

What's new in mechanical ventilation. Texas Critical Care Nurses Association Meeting. San Antonio, TX. Jan 18, 1974.

Intermittent mandatory ventilation. Annual Respiratory Therapy Seminar. CTR, Texas Society for Respiratory Therapy. San Antonio, TX. Feb 2, 1974.

Intermittent mandatory ventilation following cardiopulmonary bypass. Annual Society of Critical Care Medicine. Anaheim, CA. Feb 18, 1974.

Intermittent mandatory ventilation for the treatment of acute respiratory failure. Current Management of Trauma. Brooke Army Medical Center. Fort Sam Houston, San Antonio, TX. Mar 4, 1974.

Intermittent mandatory ventilation in the treatment of patients with chronic obstructive pulmonary disease. Annual Meeting. International Anesthesia Research Society. San Francisco, CA. Mar 11, 1974.

Intermittent mandatory ventilation. Annual Meeting. Society of Air Force Clinical Surgeons. Las Vegas, NV. Apr 8, 1974.

The adult respiratory distress syndrome: Pathophysiology and treatment. Annual Combined ICU Conference. Gainesville, FL. Apr, 1974.

Intermittent mandatory ventilation. Utah State Anesthesiology Society Meeting. UT. Sept 23, 1974.

IMV and/or PEEP and when, why and what ventilator to use. Second Annual Symposium - Acute Respiratory Failure. University of Louisville. Louisville, KY. Oct 25, 1974.

IMV and PEEP in the treatment of acute respiratory failure. Meeting of Greater Atlanta Anesthesiologists. Atlanta, GA. Nov 7, 1974.

IMV, PEEP and idiopathic respiratory distress. Bird Corporation. Nov, 1974.

IMV and high level PEEP. Memorial Hospital. Sarasota, FL. Jan 30, 1975.

IMV and PEEP compared to CPPV in ARF. Department of Medicine and Anesthesiology, University of Arizona. Tucson, AZ. Feb 15, 1975.

Modification of airway closure and pulmonary gas exchange following cardiac surgery. Society of Critical Care Medicine. Anaheim, CA. Feb 18, 1975.

Effect of mechanical ventilation with end-inspiratory pause on blood-gas exchange. Discussion. International

Anesthesia Research Society. Hollywood, FL. Mar 19, 1975.

Advancements in respiratory care. Mid-year Seminar. American Osteopathic College of Anesthesiologists. Chicago, IL. Apr 5, 1975.

IMV and high level PEEP. Delaware Chapter of American Registry of Respiratory Therapy. Philadelphia, PA. Apr 11, 1975.

Advances in respiratory failure. Air Force Clinical Surgeons. San Antonio, TX. Apr 22, 1975.

IMV in respiratory failure. Panel discussion. Annual Meeting. American Medical Association. Atlantic City, NJ. June 18, 1975.

Optimal PEEP and hemodynamics. Western Pennsylvania Chapter of American Association of Respiratory Therapy. Pittsburgh, PA. Oct 3, 1975.

High levels of positive end-expiratory pressure; what's new in respiratory care. Panel discussion. American Society of Anesthesiologists. Chicago, IL. Oct 11-15, 1975.

IMV. Panel Discussion. Annual Meeting. American College of Chest Physicians Annual Meeting. Anaheim, CA. Oct 27, 1975.

Theory and clinical application of intermittent mandatory ventilation; and Use of high levels of positive end-respiratory pressure. Connecticut Society for Respiratory Therapy. Hartford, CT. Nov 18, 1975.

Evaluation of postoperative respiratory competence; and Current concepts regarding PEEP, CPAP and IMV. Anesthesia and the Respiratory System. Fourth Annual Anesthesiology Review Course. University of Alabama. Birmingham, AL. Feb 27-29, 1976.

Ventilatory pattern, intrapleural pressure and cardiac output; and PEEP and CPAP: Cardiopulmonary effects during spontaneous ventilation. International Anesthesia Research Society. Phoenix, AZ. Mar 15-17, 1976.

Clinical applications of physiological monitoring; and The effects of CPAP and PEEP on intrapleural pressure. Florida Society of Respiratory Therapy. Tampa, FL. Apr 8-10, 1976.

Mechanical ventilation: Its role in acute respiratory failure. Regional Respiratory Therapy Seminar, 1976. Southern West Virginia Lung Center, Inc. Beckley, WV. Apr 23, 1976.

Newer ventilatory techniques: Intermittent mandatory ventilation. Panel discussion. Annual Meeting. American Thoracic Society. New Orleans, LA. May 18, 1976.

Advancements in ventilatory care; and High level PEEP. Institute on Respiratory Therapy. University of Minnesota. Minneapolis, MN. June 2-3, 1976.

Oxygen-powered breathing devices. Workshop. Emergency Airway Management Conference. National Academy of Sciences/National Research Council. Washington, D.C. June 20-21, 1976.

Assessing pulmonary function in the critically ill patient; Acute respiratory failure: etiology and management; and

Etiology and therapy of hypoxemia. Seminar for Critical Care Personnel. Department of Anesthesiology, Mount Sinai Medical Center. Bal Harbour, FL. June 25-27, 1976.

PEEP, CPAP and CPPV -- is there a difference? Postgraduate Seminar in Respiration and Respiratory Care. Department of Anesthesiology, Mount Sinai Medical Center. Bal Harbour, FL. June 25, 1976.

Patterns of respiratory support aimed at pathophysiology (co-presenter), Refresher Course Lecture (Oct 10); and Cardiac filling and pulmonary artery occlusion pressure during mechanical ventilation with PEEP (Oct 11). Annual Meeting. American Society of Anesthesiologists. San Francisco, CA. Oct 10-11, 1976.

IMV and PEEP. Medical grand rounds. Cedars Sinai Medical Center. Los Angeles, CA. Oct 14-15, 1976.

Prevention and early treatment of postoperative pulmonary complications. Department of Surgery, University of California at Los Angeles. Torrance, CA. Oct 16, 1976.

IMV in acute respiratory failure. Mercy Hospital staff meeting. San Diego, CA. Oct 18, 1976.

Recent advances in respiratory intensive care. Medical staff meeting. Cedars Sinai Medical Center. Los Angeles, CA. Oct 19, 1976.

Weaning from mechanical ventilators. Panel discussion. 42nd Annual Scientific Assembly. American College of Chest Physicians. Atlanta, GA. Oct 26, 1976.

New modes of mechanical ventilation; and Acute respiratory failure. Annual Downstate Meeting. Illinois Society of Anesthesiologists, Division of Respiratory Therapy. Cook County Hospital, Champaign, IL. Nov 8, 1976.

Etiology and ventilatory management in acute respiratory distress syndrome. Critical Care Workshop. The Upjohn Company. Sarasota, FL. Dec 7, 1976.

Assisted ventilation. Bay Pines Veterans Affairs Medical Center. Bay Pines, FL. Dec 10, 1976.

Treatment of pulmonary aspiration. Pulmonary aspiration. First Caribbean Symposium in Anesthesiology and Related Fields. Department of Anesthesiology, Teacher's Hospital and the Puerto Rico Society of Anesthesiologists. San Juan, Puerto Rico. Dec 13, 1976.

Dead space requirement during controlled ventilation under anesthesia. Discussion. 51st Congress. International Anesthesia Research Society. Hollywood, FL. Mar 7, 1977.

Aspiration pneumonitis; Intermittent mandatory ventilation (IMV), a ventilatory technique; "Optimum" PEEP; and Post-operative prophylactic respiratory support. 13th Annual Arizona Chest Symposium. Tucson Medical Center (Pulmonary Section) and University of Arizona College of Medicine. Tucson, AZ. Mar 26-27, 1977.

Adult respiratory distress syndrome. Johannesburg and Pretoria Groups. South African Anaesthetic Society. Johannesburg, Republic of South Africa. Apr 4, 1977.

Pulmonary function assessment. Pretoria Branch. South African Anaesthetic Society. Pretoria, Republic of South Africa. Apr 5, 1977.

Assessment of pulmonary function in critically ill patients (Apr 12); Prophylaxis and treatment of postoperative atelectasis (Apr 14); New concepts of cardiovascular monitoring of critically ill patients (Apr 15); and Intermittent mandatory ventilation -- PEEP and high level PEEP (Apr 15). Chairman, First Session (Apr 16). 51st Congress of the Medical Association of South Africa. Bloemfontein, Republic of South Africa. Apr 12-16, 1977.

New concepts of cardiovascular monitoring in the critically ill patient. South African Society of Anaesthetists (Cape Western Branch) at Red Cross Children's Hospital. Cape Town, Republic of South Africa. Apr 18, 1977.

The assessment of pulmonary function in the critically ill patient. Cape Town Anaesthetics and Respiratory Physicians. Cape Town, Republic of South Africa. Apr 20, 1977.

Pulmonary functions. Adington Hospital Medical School. Durban, Republic of South Africa. Apr 21, 1977.

IMV and factors influencing choice of rate of mechanical ventilation and PEEP. Pulmonary Medicine Section. Travis Air Force Base, CA. Apr 27, 1977.

IMV and factors influencing choice of rate of mechanical ventilation (Apr 28), and PEEP (Apr 29). Current Problems in Intensive Care: Mechanical Ventilation. Department of Anesthesia and Extended Programs in Medical Education University of California School of Medicine. San Francisco, CA. Apr 28-29, 1977.

Patterns of respiratory support aimed at pathophysiology (May 21), and Pulmonary function testing: A guide through the alphabetical maze (May 22). Regional Refresher Course. American Society of Anesthesiologists. Biloxi, MS. May 21-22, 1977.

Some physiologic aspects of mechanical ventilation and PEEP. 24th Annual Anesthesiology Review Course. Society of Air Force Anesthesiologists. San Antonio, TX. May 27, 1977.

New modes of mechanical ventilation; Adult respiratory distress syndrome; "Weaning" from mechanical ventilation; and Complications of respiratory care. 14th Midwest Anesthesiology Conference. Illinois Society of Anesthesiologists. Chicago, IL. May 28, 1977.

Respiratory support aimed at pathophysiology, Part I (June 11) and Part II (June 12). ASA Regional Refresher Course. American Society of Anesthesiologists. Port St. Lucie, FL. June 11-12, 1977.

IMV. Respiratory Therapy in Your Life: Pediatrics Through Geriatrics. Eighth Annual Symposium. Illinois Society for Respiratory Therapy. Champaign, IL. June 17, 1977.

Patterns of respiratory support aimed at pathophysiology (July 23), and PEEP, CPAP, CPPV, etc: What's the difference? (July 24). ASA Regional Refresher Course. American Society of Anesthesiologists. Lake Geneva, WI. July 23-24, 1977.

Objectives of mechanical ventilation; and Cardiopulmonary effects of mechanical ventilation. Fifth Saturday Symposium: Intensive Care. Anesthesia Department, Mercy Hospital and Medical Center. San Diego, CA. Aug 6, 1977.

Acute cardiovascular and pulmonary stabilization following multiple trauma (ICU). Emergency Medical Services and the Anesthesiologist. American Anesthesiologists District 8 Conclave. Florida and Puerto Rico Societies of Anesthesiologists. Dorado Beach, Puerto Rico. Sept 10, 1977.

Physiologic effects of mechanical ventilatory support. Refresher Course Lecture (Oct 15); Cardiovascular effects; Society of Critical Care Medicine Breakfast Panel Discussion: Secondary effects of mechanical ventilation in critical care; Moderator, critical care scientific papers, and Is assisted better than controlled ventilation? (Oct 17). Annual Meeting. American Society of Anesthesiologists. New Orleans, LA. Oct 15-17, 1977.

Adult respiratory distress syndrome. Fireside Conference. 43rd Annual Assembly. American College of Chest Physicians. Las Vegas, NV. Nov 1, 1977.

When and why we use various types of respiratory assistance; The use of optimum PEEP for severe respiratory distress (Nov 4); Problems in interpretation of pulmonary artery pressure in patients on ventilators (Nov 5). Fourth Annual Symposium on Critical Care Medicine. Oregon Society of Critical Care Medicine and University of Oregon Health Sciences Center. Portland, OR. Nov 4-5, 1977.

Setting of ventilators. Los Angeles County Society of Anesthesiologists. Beverly Hills, CA. Nov 9, 1977.

Advances in the treatment of severe hypoxemia: Constant distending pressure at high levels (superPEEP); Panel discussion (Dec 14). Advances in Pediatric Anesthesia and Intensive Care. 31st Postgraduate Assembly in Anesthesiology. The New York State Society of Anesthesiologists. New York, NY. Dec 11-14, 1977.

Physiologic effects of mechanical ventilation; Appropriate ventilator settings (May 11). Breath of Spring '78. Sixth Annual Mid-Atlantic Region Respiratory Therapy Symposium. Northwestern Lung Association and the Division of Continuing Education of the Bowman Gray School of Medicine of Wake Forest University. Winston-Salem, NC. May 10-11, 1978.

Ventilatory modes. 15th Basic Science Symposium on Anesthesiology and Critical Care Medicine. Departments of Anesthesiology, Montefiore Hospital and Medical Center and the Albert Einstein College of Medicine, New York, NY. June 5, 1978.

Some physiologic aspects of mechanical ventilation and PEEP, Part 1. 25th Annual Anesthesiology Review Course. Society of Air Force Anesthesiologists. San Antonio, TX. June 13, 1978.

Respiratory prophylaxis of surgical patients; Monitoring of the critical patient (June 14). Pulmonary Assessment in Respiratory Therapy. Ninth Annual Seminar. Illinois Society for Respiratory Therapy. Champaign, IL. June 14-16, 1978.

ARDS: Etiology and pathophysiology (Aug 26); Patterns of respiratory support aimed at pathophysiology (Aug 27). ASA Regional Refresher Course. American Society of Anesthesiologists. Hot Springs, VA. Aug 26-27, 1978.

Post-anesthesia management (Sept 16). Annual Fall Meeting. Florida Society of Anesthesiologists. Ponte Vedra Beach, FL. Sept 15-17, 1978.

Physiologic effects of mechanical ventilatory support (Sept 23); Respiratory failure in the surgical patient (Sept 24). Regional Refresher Course. American Society of Anesthesiologists. San Diego, CA. Sept 23-24, 1978.

Management of severe ARF (Oct 12). Harvard Medical School, Massachusetts General Hospital. Boston, MA. Oct 12-13, 1978.

Adult respiratory distress syndrome -- update; Physiologic aspects of mechanical ventilation and PEEP. Osteopathic College of Anesthesiology. Atlanta, GA. Oct 17, 1978.

Post-operative care and considerations, panel discussion (Oct 23). Annual Meeting. American Society of Anesthesiologists. Chicago, IL. Oct 21-25, 1978.

Current concepts in respiratory care (Nov 12). Scientific Assembly. Southern Medical Association - Medical Association of Georgia. Atlanta, GA. Nov 11-14, 1978.

Pulmonary function under anesthesia and surgery (Jan 17); Cardiopulmonary effects of mechanical ventilation (Jan 18); Objectives of respiratory support (Jan 19). Clinical Judgment in Anesthesiology. University of Colorado School of Medicine. Continuing Medical Education. Vail, CO. Jan 14-19, 1979.

Pathophysiology of acute respiratory failure and IMV elevated baseline in respiratory failure. Ventilation of the patient with acute respiratory failure: Concepts to equipment. Bird Corporation. Berkeley, CA. Jan 30, 1979.

Assessment of oxygenation (Feb 25); Vascular pressure, mechanical ventilation and PEEP (Feb 26); Weaning from mechanical ventilation (Feb 26). Problems and Complications of Anesthesia. 24th Annual Anesthesiology Course. Salt Lake City, UT. Feb 23-27, 1979.

Cardiopulmonary effects of low levels of continuous positive airway pressure (CPAP) in intubated adult patients (Mar 12); Discussion. 53rd Congress. International Anesthesia Research Society. Hollywood, FL. Mar 11-15,1979.

Circulatory effects of mechanical ventilation (Mar 17); Goal directed respiratory therapy (Mar 18). Regional Refresher Course. American Society of Anesthesiologists. Washington, D.C. Mar 17-18, 1979.

Prevention of respiratory distress syndrome (Apr 3). American College of Surgeons Seventh Annual Spring Meeting. Denver, CO. Apr 2-5, 1979.

Historical precedents of respiratory failure and its treatment (May 21); Clinical value of compliance and resistance measurements (May 22). Sixth Annual Convention and Scientific Assembly. The Washington State Society for Respiratory Therapy. Tumwater, WA. May 21-22, 1979.

Some physiologic aspects of mechanical ventilation and PEEP (June 11). 26th Annual Review Course. Society of Air Force Anesthesiologists. San Antonio, TX. June 11 -15, 1979.

Rationale of treatment of acute respiratory failure. (Sept. 7). Tenth Annual Anesthesiology Symposium. Department of the Navy. Portsmouth, VA. Sept 6-8, 1979.

Physiologic alterations of mechanical ventilation. Refresher Course Lecture (Oct 21); Critical Care Moderator, Scientific Papers (Oct 23). Annual Meeting. American Society of Anesthesiologists. San Francisco, CA. Oct 20-24, 1979.

Use of PEEP (Oct 24). Postgraduate Course on Pre- and Postoperative Care: Respiratory Care of the Surgical Patient. 65th Annual Clinical Congress. American College of Surgeons. Chicago, IL. Oct 21 -26, 1979.

The mechanical zoo: IMV, PEEP and CPAP and incentive spirometry, etc. Fireside Conferences and Controversies (Nov 6). 45th Annual Scientific Assembly. American College of Chest Physicians. Houston, TX. Nov 4-8, 1979.

Ventilatory therapy and pre- and post-anesthesia assessment of respiratory problems. Second Annual Nurse Anesthetist Review Course. San Antonio, TX. Dec 2, 1979.

Spontaneous PEEP (sPEEP) vs CPAP: Is there a difference?; Treatment of ventilatory insufficiency: A historical perspective. 25th Annual Convention. American Association of Respiratory Therapists. Washington, D.C. Dec 14, 1979.

Intermittent mandatory ventilation (Jan 11); The pros and cons of steroids in ARDS and aspiration pneumonitis (Jan 13). Great Debates Over Controversies in the Management of High Risk Patients. Department of Medical Education. Cedars-Sinai Medical Center. Los Angeles, CA. Jan 11-13, 1980.

Acute respiratory insufficiency: Ventilatory support (Feb 18); Respiration Workshop (Feb 18); Respiratory infection in intensive care (Feb 21). Second International Course on Intensive Medicine. Las Palmas de Gran Canaria, Spain. Feb 18-23, 1980.

Applications of CPAP therapy. Current Concepts in Critical Care, Anesthesiology Session. University of Florida College of Medicine. 20th Anniversary Reunion and Scientific Sessions. Gainesville, FL. Mar 8, 1980.

Effect of drugs on ventilation/perfusion relationships; Diagnosis and therapy of adult respiratory distress syndrome (Apr 10). Pharmacology for the Anesthesiologist. 16th Annual Postgraduate Course: Therapeutic Problems and Intensive Care of Critically Ill Patients. Emory University School of Medicine. Atlanta, GA. Apr 10-12, 1980.

Pulmonary aspiration; The flail chest; Weaning from post-operative mechanical ventilation (May 10). MAC XVII. Anesthetic Challenges. The 17th Midwest Anesthesiology Conference. Illinois Society of Anesthesiologists. Chicago, IL. May 8-10, 1980.

Assessment of pre- and post-operative pulmonary function; Pathophysiology and treatment of acute pulmonary failure; A rational approach to the management of acute pulmonary injuries (May 11). Specialty Review Course in Anesthesiology. Cook County Graduate School of Medicine and Department of Anesthesiology. Abraham Lincoln School of Medicine. University of Illinois. Chicago, IL. May 11-16,1980.

Plenary Session, co-chairperson (May 15); Mechanical simulation of ventilation advantages and limitations; Ventilatory Workshop and Panel: Ventilatory Support -- Assessments and Projections (May 16). Ninth Annual Scientific and Educational Symposium. Society of Critical Care Medicine. San Antonio, TX. May 12-16, 1980.

Flail chest: Evaluation and Rx; Pathophysiology and treatment of acute respiratory failure (May 17). Sunshine Seminar VI. Florida Society for Respiratory Therapy. Orlando, FL. May 15-17, 1980.

Physiologic alterations of mechanical ventilation, Part I (May 24); and Part II (May 25). Regional Refresher Course. American Society of Anesthesiologists. Biloxi, MI. May 24-25, 1980.

Newer mechanical aids to ventilation (June 9); Acute respiratory emergencies (June 10). 17th Annual Basic Science Symposium on Anesthesiology and Critical Care Medicine. Departments of Anesthesiology, Montefiore Hospital and Medical Center. Albert Einstein College of Medicine. New York, NY. June 9-13, 1980.

Some physiologic aspects of mechanical ventilation and PEEP (Part I and II) (June 11). 27th Annual Anesthesiology Review Course. Society of Air Force Anesthesiologists. San Antonio, TX. June 9-13, 1980.

Flail chest: History, pathophysiology and rationale for therapy. Jack Sangster Memorial Lecture (June 27). Comprehensive Patient Care: State of the Art, 11th Annual Convention. Illinois Society for Respiratory Therapy. Chicago, IL. June 26-28, 1980.

Pathophysiology and treatment of respiratory failure. 47th Annual Meeting. Atlanta Association of Nurse Anesthetists. Atlanta, GA. Sept, 1980.

Respiratory emergencies: Aspiration and pneumothorax. Greater Atlanta Society of Anesthesiologists. Atlanta, GA. Sept 16, 1980.

Respiratory failure; Ventilatory management; and IMV & weaning patients from mechanical ventilation. Pulmonary Symposium. St. Mary's Hospital. Decatur, IL. Sept 19, 1980.

Physiologic alterations during mechanical ventilation, Part I and II (Sept 25). Clinical Anesthesia Today VI. New York University Post-Graduate Medical School. New York, NY. Sept 25-28, 1980.

Flail chest and acute respiratory insufficiency; Management of ARDS, workshop (Oct 4). Critical Care Seminar - ICU Nursing Symposium. University of Miami School of Medicine. Houston, TX. Oct 4-5, 1980.

IMV: The method of choice (Jan 9); High frequency ventilation:The concept (Jan 10);  New concepts in the application of mechanical ventilation, tutorial (Jan 11). The Second Annual Debates, Controversies and Concepts in the Management of High Risk Patients. Cedars-Sinai Medical Center. Los Angeles, CA. Jan 9-11, 1981.

Treatment of acute respiratory failure and Open Forum. Critical Care in the Community Hospital. University of Illinois Medical Center. Chicago, IL. Jan 17, 1981.

Ventilator techniques (Mar 5). Critical Care Board Review Course. American College of Chest Physicians. St.Louis, MO. Mar 4-7, 1981.

Assessment of pre- and post-operative pulmonary function. Staff meeting. St. Raphael Hospital. New Haven, CT. Mar 31, 1981.

Assessment of pre- and post-operative pulmonary function. Staff meeting. Long Island Jewish-Hillside Center. New Hyde Park, NY. Apr 1, 1981.

Intermittent mandatory ventilation; and Weaning the patient from mechanical ventilation; and Respiratory failure. Panel discussion. Educational Symposium for Critical Care Professionals. St.Louis, MO. Apr 4, 1981.

Pre- and post-operative assessment of pulmonary function; Some physiologic effects of mechanical ventilation; and Pathophysiology and treatment of acute respiratory failure. Annual Meeting. Illinois Association of Nurse Anesthetists. Champaign, IL. May 16-17, 1981.

Treatment of acute respiratory failure. Monthly meeting. Rockford Anesthesiologists (May 19). Respiratory emergencies. Medical Staff Grand Rounds (May 20). Swedish American Hospital. Rockford, IL. May 19-20, 1981.

Structural and functional basis for respiratory failure in patients with and without chronic airflow obstruction; Moderator (May 25). World Congress on Intensive and Critical Care Medicine. Society of Critical Care Medicine. Washington, D.C. May 24-29, 1981.

Some physiological aspects of mechanical ventilation, Part I and Part II; Luncheon with the Experts (June 10). 28th Annual Anesthesiology Review Course. Society of Air Force Anesthesiologists. San Antonio, TX. June 8-12, 1981.

A physiologic approach to respiratory failure (Sept 5). 12th Annual Anesthesiology Symposium. Department of Anesthesiology, Naval Regional Medical Center. Portsmouth, VA. Sept 3-5, 1981.

High frequency positive pressure ventilation. Quarterly meeting. Chapter V of the Illinois State Respiratory Therapy Society. Springfield, IL. Sept 9, 1981.

Respiratory failure occurring in critically ill patients -- predisposing factors and treatment; and ARDS case presentation and discussion. Eighth Annual Seminar in Pulmonary Physiology and Medicine. American Thoracic Society. Pittsburgh, PA. Sept 15, 1981.

Complications of arterial catheters and arterial puncture. Postgraduate Course. American College of Chest Physicians. San Francisco, CA. Oct 25, 1981.

Post-anesthetic management of respiratory failure, and Panel discussion (November 14). Eighth Annual Symposium. Washington University School of Medicine. St. Louis, MO. Nov 13-15, 1981.

The physiologic effects of increased airway pressure. Visiting Professorship. Department of Anesthesiology, The Ohio State University. Columbus, OH. Nov 19, 1981.

Cardiovascular anatomy in relationship to hemodynamic monitoring; and Cardiovascular physiology in the critically ill. Hemodynamic Monitoring Workshop. Mercy Hospital. Urbana, IL. Dec 1, 1981 .

Disseminated tuberculosis complicated by pulmonary emboli. Clinical Pathologic Conference. University of Illinois School of Medicine. Urbana, IL. Dec 12, 1981.

Untitled lecture. Illinois Masonic Medical Center. Chicago, IL. Dec 19, 1981.

Cardiopulmonary effects of different modes of ventilation (Jan 7); Intermittent mandatory versus controlled mechanical ventilation as a treatment modality of ARF; and Therapy of ARF, panel discussion (Jan 8). Acute Respiratory Failure. Finnish Society of Intensive Care. Helsinki, Finland. Jan 3-8, 1982.

Hemodynamic monitoring. Coronary Care. Mercy Hospital. Urbana, IL. Feb 24, 1982.

Assessment of pulmonary function in the pre, intra, and postoperative period (Feb 15); Etiology and pathophysiology of acute respiratory failure (Feb 16); Physiologic effects of mechanical ventilatory support on the rest of the body (Feb 16). 27th Annual Postgraduate Course in Anesthesiology. University of Utah School of Medicine. Salt Lake City, UT. Feb 12-16, 1982.

Pre, intra, and postoperative pulmonary function (Feb 27); The treatment of acute respiratory failure (Feb 28). Critical Care Medicine for the Practicing Anesthesiologist. Georgia and South Carolina Societies of Anesthesiologists. Augusta, GA. Feb 27-28, 1982.

Pre, intra, and postoperative assessment of pulmonary function (Mar 14); A rational approach to the treatment of acute respiratory failure (Mar 15); Physiologic effects of raised airway pressure (Mar 16); Weaning from respiratory support (Mar 17). Second Conference on Intensive Care Medicine. Department of Anesthesiology, The Ohio State University.

Aspen, CO. Mar 13-20, 1982.

Some physiologic effects of raised airway pressure; Unusual approaches to common respiratory problems (Apr 15); A physiological basis for weaning from mechanical ventilators (Apr 16). Critical Care Medicine Symposium. College of Medical Education, Inc. Tacoma, WA. Apr 15-16, 1982.

Techniques of ventilatory support--IMV and PEEP. Current Concepts in Respiratory ICU. Hemmeter Center, Honolulu, HI. Apr 23, 1982.

Weaning from mechanical ventilation and a rational approach to postoperative ventilatory care (Apr 24). Fifth Annual Seminar on Acute Care. Queen's Continuing Medical Education Program. Honolulu, HI. Apr 24-25, 1982.

Postoperative respiratory care: A rational approach (Apr 27); Evaluating and monitoring respiration (Apr 29); Physiologic effects of positive airway pressure; Weaning from mechanical ventilation:A physiologic approach (Apr 30). Sixth Annual Hawaiian Seminar on Clinical Anesthesiology. Educational Programs Division of the California Society of Anesthesiologists. Maui, HI. Apr 26-30, 1982.

Rational approach to the treatment of patients with acute respiratory failure. Spring meeting. Kentucky Society of Anesthesiologists. Louisville, KY. May 16, 1982.

Rationale for the treatment of respiratory failure. Respiratory Therapy Inservice. Carle Foundation Hospital. Urbana, IL. May 20, 1982.

Evaluation of pulmonary function in the perioperative period (June 6); Practical aspects of mechanical ventilation (June 8). 29th Annual Anesthesiology Review Course. Society of Air Force Anesthesiologists. San Antonio, TX. June 6-10, 1982.

Some physiologic aspects of mechanical ventilation (Sept 13); Weaning from intermittent mandatory ventilation (Sept 14). Department of Anesthesiology, Wilford Hall USAF Medical Center. Lackland Air Force Base, TX. Sept 13-15, 1982.

Pulmonary function assessment in the pre, intra, and postoperative periods (Sept 15); Physiologic effects of continuous positive airway pressure (Sept 16). Department of Anesthesiology, Tulane University. New Orleans, LA. Sept 15-17, 1982.

Blood gas and ventilation management. Critical Care Nurse Inservice. Mercy Hospital. Urbana, IL. Sept 23, 1982.

Pulmonary function and the surgical patient. Panama City Society of Critical Care Medicine (Sept 27); Bay Medical Center Anesthesia Department Mortality and Morbidity Conference (Sept 28); Common respiratory emergencies:A different approach; Bay Medical Center Quarterly Staff Meeting (Sept 28). Department of Anesthesia, Bay Medical Center. Panama City, FL. Sept 27 - Oct 1, 1982.

How to wean the ventilatory dependent patient (Oct 23). Regional Refresher Course. American Society of Anesthesiologists. Las Vegas, NV. Oct 22-26, 1982.

Ventilatory patterns and modes of ventilation (Nov 4); Monitoring oxygen delivery (Nov 5). Conference on the Management of Acute Respiratory Failure. American Association for Respiratory Therapy. Cancun, Mexico. Nov 4-6, 1982.

Physiologic effects of positive airway pressure (Nov 15); Some uncommon aspects of common respiratory emergencies (Nov 16). Visiting Professorship. University of Tennessee Center for Health Sciences. Knoxville, TN. Nov 15-16, 1982.

Physiologic effects of positive airway pressure (Nov 18). Visiting Professorship. Department of Anesthesiology. Vanderbilt University. Nashville, TN. Nov 17-18, 1982.

Raised airway pressure therapy -- current concepts. Critical Care Update. University of Florida, Division of Critical Care Medicine. Lake Buena Vista, FL. Nov 22, 1982.

Unusual aspects of common respiratory emergencies. Utah State Society of Anesthesiologists. Dec 21, 1982.

Physiologic effects of positive airway pressure. Department of Anesthesiology, University of Utah. Dec 22, 1982.

Airway pressure therapy in acute lung injury, Panel discussion; Influence of $PVO_2$ on blood flow to atelectatic lung, Commentator (Dec 14). 36th Annual Postgraduate Assembly in Anesthesiology. New York State Society of Anesthesiologists. New York, NY. Dec 11 -15, 1982.

Adult respiratory distress syndrome: A modern (?) approach to therapy. Medical staff meeting. St. Mary's Hospital. Decatur, IL. Feb 15, 1983.

Adult respiratory distress syndrome (shock lung) (Mar 8). NIH Consensus Development Conference on Critical Care National Institutes of Health. Bethesda, MD. Mar 7-9, 1983.

Uncommon aspects of common respiratory emergencies. Gulf Coast Society of Anesthesiologists. Houston, TX. May 16, 1983.

Etiology and pathophysiology of ARDS (Mar 21); Physiologic effects of positive airway pressure, Part I and Part II (Mar 22); Weaning from mechanical respiratory support (Mar 23); Perioperative pulmonary function assessment (Mar 25). Third Conference on Intensive Care Medicine. Department of Anesthesiology, The Ohio State University. Wengen, Switzerland. Mar 19-27, 1983.

Physiology of positive airway pressure therapy. Current Concepts. Critical Care Update: 1983. Prince William Hospital. Manassas, VA. Apr 2, 1983.

Discussion and ventilator/monitor display (May 23); Methods of assessment of oxygen transport in respiratory failure (May 27). 12th Annual Scientific Symposium. Society of Critical Care Medicine. New Orleans, LA. May 25-27, 1983.

Perioperative pulmonary function assessment and treatment; Physiologic effects of increased airway pressure (June 6). 20th Annual Basic Science Symposium. Departments of Anesthesiology, Montefiore Medical Center and Albert Einstein College of Medicine. Brooklyn, NY. June 5-10, 1983.

Physiology of increased airway pressure; Pathophysiology of respiratory insufficiency; How to wean the ventilator-dependent patient. Annual Anesthesiology Course. Mexican Society of Anesthesiology. Mexico City, Mexico. June 10-12, 1983.

Critical Care Grand Rounds; Weaning from mechanical ventilatory support. Visiting Professorship. Department of Critical Care Medicine. St. John's Mercy Medical Center. St. Louis, MO. June 15, 1983.

Physiologic aspects of mechanical ventilation; How to wean the ventilator-dependent patient. (June 17). 30th Annual Anesthesiology Review Course. Society of Air Force Anesthesiologists. San Antonio, TX. June 13-17, 1983.

Why IMV fails; and Panel discussion (June 18). 14th Annual Convention. Illinois Society for Respiratory Therapy. Rosemont, IL. June 15-18, 1983.

Blood gases and FIO$_2$ (June 29); Rationale of the CPAP mask in intensive care (June 30). 17th Congress. Scandinavian Society of Anaesthesiologists. Tampere, Finland. June 28-July 2, 1983.

The value of mixed venous oxygen saturation (Sept 2); Individualized ventilatory modes for acceptable PaO$_2$, PaCO$_2$ and cardiac output (Sept 3). The Oxygen Symposium. Cedars-Sinai Medical Center, Office of Continuing Education. Napa Valley, CA. Sept 2-3, 1983.

Medical perspectives of respiratory care. Philadelphia Anesthesia Society. Philadelphia, PA. Sept 28, 1983.

Physiologic aspects of positive airway pressure (Sept 29). Visiting Professorship. Temple University. Philadelphia, PA. Sept 27-29, 1983.

Weaning from ventilatory support. Refresher Course (Oct 9); Workshop on ventilation management; and Panel discussion (Oct 10). American Society of Anesthesiologists. Atlanta, GA. Oct 8-12, 1983.

Ventilatory support techniques (Oct 19). Trauma Intensive Care. American College of Surgeons. Atlanta, GA. Oct 16-21, 1983.

Respiratory care after major surgery. Fall panel discussion. St. Louis Surgical Society. St. Louis, MO. Nov 1, 1983.

Cardiopulmonary aspects (Nov 7); Acute respiratory failure (Nov 8). Deaconess Hospital. Evansville, IN. Nov 7-8, 1983.

Airway pressure therapy--effects and results. Visiting Professorship. The Ohio State University. Columbus, OH. Jan 13,1984.

Why intermittent mandatory ventilation does not work (Jan 16); Physiologic effects of increased airway pressure (Jan 17). Visiting Professorship. Albert Einstein College of Medicine. New York, NY. Jan 16-17, 1984.

Physiologic effects of raised airway pressure. Visiting Professorship. New York University Medical Center. New York, NY. Jan 18, 1984.

Pulmonary function assessment in the pre, intra, and postoperative period. Buckeye Anesthesia Study Group. Dayton, OH. Jan 19,1984.

Physiologic effects of increased airway pressure (Feb 1). Methodist Hospital of Indiana, Inc. Graduate Medical Center. Indianapolis, IN. Jan 31-Feb 1, 1984.

Hemodynamic monitoring in the respiratory patient (Mar 7). Hemodynamic monitoring and Swan-Ganz catheters. American Edwards Laboratories. Champaign, IL. Mar 6-7, 1984.

Physiologic aspects of mechanical ventilation; How to wean the ventilator-dependent patient. Symposium. Massachusetts Anesthesia Council on Education. Brighton, MA. Mar 17, 1984.

The evolution of respiratory care (Apr 1). 25th Silver Anniversary Reunion. Department of Anesthesiology, University of Florida College of Medicine. Gainesville, FL. Mar 30-Apr 1, 1984.

Physiologic effects of increased airway pressure (Apr 17); 32nd Annual Symposium. Society of Air Force Clinical Surgeons. Keesler Air Force Base, MS. Apr 15-19, 1984.

Why IMV fails; ARDS: Is improved survival possible? (Apr 26). 13th Annual Critical Care Symposium. Michigan Society of Critical Care Medicine. Southfield, MI. Apr 26-27, 1984.

Treatment of respiratory failure (Apr 28); Why intermittent mandatory ventilation failed (Apr 29). Third Annual Educational Symposium. Carolina/Virginia Society of Critical Care Medicine. Arlington, VA. Apr 27-29, 1984.

Is there an optimum method of weaning, panel discussion (May 30); Moderator, Crisis and Challenge, Presidential address (May 31); Critical care in the community hospital, panel chairman (June 1). 13th Annual Educational and Scientific Symposium. Society of Critical Care Medicine. San Francisco, CA. May 27-June 3, 1984.

Physiologic effects of increased airway pressure: Clinical implications (June 30); Weaning from ventilatory support (July 1). Regional Refresher Course. American Society of Anesthesiologists. Mackinac Island, MI. June 30-July 1,1984.

Why IMV fails. Chicago Thoracic Society. Chicago, IL. Sept 18, 1984.

Treatment of acute respiratory failure (Sept 21). The Michael Russo Memorial Conference on Critical Care Medicine. The University of Illinois. Urbana, IL. Sept 21-22, 1984.

Physiological effects of increased airway pressure. Department of Anesthesiology, University of Mississippi Medical Center. Jackson, MS. Oct 11, 1984.

Weaning the ventilator-dependent patient (Oct 13); Political and economic issues in critical care medicine. Moderator, Society of Critical Care Medicine Breakfast Panel Discussion. (Oct 16). American Society of Anesthesiologists. New Orleans, LA. Oct 13-17, 1984.

Why IMV fails (Nov 20). Critical Care Update. University of Florida Division of Critical Care Medicine. Lake Buena Vista, FL. Nov 17-21, 1984.

Therapy of acute respiratory failure--are differences important? (Dec 8). Third Annual Ohio Society of Critical Care Medicine Conference. Columbus, OH. Dec 7-8, 1984.

Physiological effects of increased intrathoracic pressure (Mar 26); Moderator, Update in mechanical ventilation (Mar 27); Weaning from ventilatory support (Mar 27); Hemodynamic management of acute respiratory failure, Round table discussion (Mar 28). Fifth International Symposium on Intensive Care and Emergency Medicine. The Department of Intensive Care and Emergency Medicine. Erasme Hospital. Brussels, Belgium. Mar 26-29, 1985.

Management of acute respiratory failure (Apr 27); Pre- and post-operative assessment of pulmonary function (Apr 28). 14th Anesthesia Seminar. Pensacola Beach, FL. Apr 26-28, 1985.

Assessment of pulmonary function. OSU Nurse Anesthesia Division, The Ohio State University. Columbus, OH. May 13, 1985.

Fundamentals of oxygen transport; Overview of continuous $SvO_2$ monitoring (May 21); Physician's Viewpoint, panel discussion (May 23); Spontaneous positive pressure ventilation, CPAP vs. PEEP, panel discussion (May 24). 14th Annual Society of Critical Care Medicine Educational and Scientific Symposium. Chicago, IL. May 21-25, 1985.

Pathophysiology and treatment of acute respiratory failure; Physiologic effects of increased airway pressure (May 27). Annual Review Course in Anesthesia. McGill University. Montreal, Canada. May 27-31, 1985.

Physiology of increased airway pressure; Weaning the ventilator patient (June 6). 32nd Annual Anesthesiology Review Course. The Dannemiller Memorial Education Foundation. San Antonio, TX. June 3-7, 1985.

Ventilatory Support Workshop. The trauma care -- 1985. Concepts - Issues. The Ohio State University College of Medicine. Columbus, OH. June 14, 1985.

Monitoring and treatment of ARDS (workshop, discussion)(June 24); Weaning from mechanical ventilation; Physiological effects of increased airway pressure (plenary lectures)(June 25); Weaning from mechanical ventilation (workshop, chairman); Respiration-Ventilation (panel discussion)(June 26). The 4th World Congress on Intensive and Critical Care Medicine. World Federation of Societies of Intensive and Critical Care Medicine. Jerusalem, Israel. June 23-28, 1985.

Pathophysiology and treatment of acute respiratory failure. Teikyo University Symposium on Artificial Ventilation. Tokyo, Japan. July 20, 1985.

Physiological effects of positive airway pressure. Tokyo Metropolitan Police Hospital. Tokyo, Japan. July 24, 1985.

ICU-recovery-ventilation-weaning. Baylor Anesthesia Review. The Office of Continuing Education, Baylor College of Medicine. Houston, TX. Sept 6-7, 1985.

Physiologic effects of increased airway pressure (Sept 9); Assessment of pulmonary function and postoperative respiratory care (Sept 10). Visiting Professor Program. SUNY Downstate Medical Center, Kings County Hospital Center. Department of Anesthesiology. Brooklyn, NY. Sept 9-10, 1985.

Weaning from ventilatory support (Oct 28); Physiologic effects of increased thoracic pressure (Oct 29). University of Basel. Basel, Switzerland. Oct 28-29, 1985.

Effect of PEEP on the work of breathing. The Ohio State University Multidisciplinary Intensive Care Conference. Columbus, OH. Nov 6, 1985.

Hemodynamic monitoring in the perioperative period (Nov 15); Anesthesia for the respiratory cripple (Nov 16). Twelfth Annual Symposium. Anesthesia and the Geriatric Patient. Washington University School of Medicine. St. Louis, MO. Nov 15-16, 1985.

Physiological effects of increased airway pressure (Jan 16). Toledo Society of Anesthesiologists. Medical College of Ohio. Toledo, OH. Jan 15-16, 1986.

Mixed venous oxygen saturation. American Edwards Laboratories national sales meeting. Oahu, HI. Feb 24, 1986.

Physiological effects of increased airway pressure; Why IMV fails; What's new with CPAP (Feb 12); Annual Vail Symposium in Intensive Care. Vail, CO. Feb 8-15, 1986.

Assessment of pulmonary function. Ohio Nurse Anesthetist Meeting. Columbus, OH. Mar 8, 1986.

Continuous positive airway pressure (CPAP): Recent advances (Apr 17). Wayne State University Critical Care Symposium. Detroit, MI. Apr 17-19, 1986.

Post-operative ventilatory technique -- does it matter? (Panel Discussion)(Apr 29). Society of Cardiovascular Anesthesiologists. Montreal, Canada. Apr 27-30, 1986.

Physiologic effects of increased airway pressure -- Part I and Part II (May 7); Weaning from respiratory support; Why intermittent mandatory ventilation (IMV) fails (May 8). California Society of Anesthesiologists Hawaiian Seminar on Clinical Anesthesia. Kauai, HI. May 5-9, 1986.

Airway and lung diseases (May 17). Workshop on Anesthesia and Co-Existing Disease, American Society of Anesthesiologists. New York, NY. May 17-18, 1986.

The role of pulse oximetry in managing pulmonary failure patients (May 27); Physiologic aspects of positive airway pressure (May 31). Boards Review Course. Annual Meeting. Society of Critical Care Medicine. Washington, D.C. May 27-31, 1986.

Weaning the ventilator-dependent patient (June 2). Respiratory Therapy Division, The Ohio State University. Columbus, OH. June 2, 1986.

Assessment of oxygenation with dual oximetry. Surgical Grand Rounds Conference. The Jewish Hospital of Cincinnati. Cincinnati, OH. June 14, 1986.

Assessment of the patient with lung disease (June 16); Physiologic effects of raised airway pressure (June 16). 33rd Annual Anesthesiology Review Course. The Dannemiller Memorial Educational Foundation. San Antonio, TX. June 15-20, 1986.

Physiologic effects of increased airway pressure (Aug 28); Weaning from mechanical ventilatory support (Aug 29). Annual Meeting. Kentucky Society for Respiratory Therapy. Lexington, KY. Aug 27-29, 1986.

Assessment of pulmonary function in the pre-, intra-, and post-operative periods. Visiting Professorship. University of Kentucky. Lexington, KY. Aug 29, 1986.

Weaning from mechanical ventilatory support (Sept 1). ASA Refresher Course in Critical Care Medicine. American Society of Anesthesiologists. Chicago, IL. Aug 29-Sept 1, 1986.

Prevention of postoperative pulmonary complications. Division of Surgery Divisional Conference, The Ohio State University. Columbus, OH. Sept 11, 1986.

$SvO_2$ as a reflection of $O_2$ utilization and cardiovascular anesthesia -- clinical applications. American Edwards Laboratories Oximetry Symposium. Rosemont, IL. Sept 20, 1986.

Dual oximetry in the evaluation of cardiopulmonary function. American Edwards Symposium. Continuous $SvO_2$ Monitoring: Implications for Anesthesiologists. Las Vegas, NV. Oct 16, 1986.

Positive pressure ventilation -- What are we trying to do? Does it really matter how we do it? (Oct 29); Continuous physiological monitoring: Focus on pulmonary artery $O_2$ saturation and pulse oximetry (Oct 30); Focus: Critical Care 1986. Tacoma, WA. Oct 29-30, 1986.

Oxygen saturation measurement; Dual oximetry in the care of surgical and critically ill patients. Fall Scientific Meeting, Minnesota Society of Anesthesiologists. Bloomington, MN. Nov 1, 1986.

Prevention of post-operative pulmonary complications. Ohio Medical Education Network Audiovision Teleconference. The Ohio State University College of Medicine. Columbus, OH. Nov 10-14, 1986.

Monitoring oxygen delivery (Nov 15); Applied Hemodynamics for the Respiratory Therapist. Ventilator Strategies, 1986. The Ohio State University School of Allied Medical Professions. Grand Rounds, Department of Surgery. The Ohio State University. Columbus, OH. Nov 20, 1986.

Acute respiratory failure -- physiology and pathophysiology (Dec 8); Physiologic effects of mechanical ventilation, PEEP and CPAP (Dec 9). U.S./China Conference on Critical Care and Emergency Medicine. Guang Zhou, China. Dec 8-10, 1986.

Clinical respiratory mechanics. Department of Physiology, The Ohio State University. Columbus, OH. Jan 6, 1987.

Clinical applications of gas exchange; Treatment of respiratory failure. Department of Physiology, The Ohio State University. Columbus, OH. Jan 13, 1987.

Ventilatory strategies in 1987. St. Anthony Medical Center Grand Rounds. Columbus, OH. Jan 24, 1987.

Airway pressure release ventilation (APRV): A new approach to the management of acute lung injury (Mar 4); Dual oximetry in the assessment of cardiopulmonary function (Mar 6). Seventh International Symposium on Intensive Care and Emergency Medicine. Brussels, Belgium. Mar 3-6, 1987.

Airway pressure release ventilation (APRV). Riverside Methodist Hospital. Columbus, OH. Mar 13, 1987.

Pulse oximetry and current considerations for assessment of oxygenation (Mar 21). ASA Workshop on Respiratory Monitoring in Anesthesia and Critical Care. American Society of Anesthesiologists. Atlanta, GA. Mar 21-22, 1987.

Weaning from mechanical ventilation.  Department of Surgery Divisional Conference. The Ohio State University. Columbus, OH. Mar 26, 1987.

Weaning from respiratory support (Apr 24). Region II for Respiratory Therapy; 14th Annual Region II Meeting. Cincinnati, OH. Apr 22-24, 1987.

Intermittent mandatory ventilation: A successful technique, an unsuccessful technology (Apr 25). Memorial Sloan-Kettering Cancer Center; Critical Care Issues in Pulmonary Medicine. New York, NY. Apr 25, 1987.

Dual oximetry -- A new approach (Apr 28); New modes of ventilation (Apr 28). 14th Annual Harvard Course in Intensive Care Medicine. Harvard Medical School. Boston, MA. Apr 27-29, 1987.

Weaning the ventilator-dependent patient. Respiratory Therapy Division, School of Allied Medical Professions, The Ohio State University. Columbus, OH. May 11, 1987.

Monitoring priorities in acute lung injuries (Panel Discussion) (May 26); Current controversies in the significance of cardiopulmonary measurement in the management of the critically ill (Panel Discussion) (May 26); Who sets the care standards: Industry, courts of law, medicine HMO's or the insurance industry? (Panel Discussion)(May 27). 16th Annual SCCM Educational and Scientific Symposium. Society of Critical Care Medicine. Anaheim, CA. May 26-29, 1987.

Mechanical ventilatory support. Critical Care Medicine. Society of Critical Care Medicine. American Society of Critical Care Anesthesiologists Refresher Course. Chicago, IL. Aug 28-31, 1987.

New ventilatory techniques -- differences and similarities (Sept 19). First Annual Fellowship Symposium and Retreat. Society of Critical Care Medicine. Carlsbad, CA. Sept 17-20, 1987.

New modes of ventilatory support -- airway pressure release ventilation (APRV)(panel discussion)(Oct 13). Annual Meeting. American Society of Anesthesiologists. Atlanta, GA. Oct 10-14, 1987.

Airway pressure release ventilation (APRV). New Directions in Critical Care Medicine. Ohio Society of Critical Care Medicine. Dayton, OH. Oct 23, 1987.

Ventilatory modes based on pathophysiology. Long Island Jewish-Hillside Medical Center. New Hyde Park, NY. Nov 12, 1987.

Airway pressure release ventilation (APRV)(Nov 25). Critical Care Update, 1987. Department of Anesthesiology, Division of Critical Care Medicine, University of Florida. Lake Buena Vista, FL. Nov 21-25, 1987.

A rationale for new modes of ventilatory support. Tenth Annual Gregory Mark Taubin Memorial Lecture. Children's Hospital National Medical Center. Washington D.C. Dec 9, 1987.

Accurate assessment of cardiopulmonary function -- clinical signs, gas analysis and oximetry?; New methods of mechanical ventilation -- pressure support, CPAP; Airway pressure release ventilation (APRV). 13th Annual Vail Symposium in Intensive Care. Vail, CO.  Feb 6-13, 1988.

IMV, SIMV, assisted ventilation. Fifteenth Annual Meeting, Japanese Society of Intensive Care Medicine. Tokyo, Japan. Feb 25, 1988.

APRV. 39th Meeting.  Society of Pediatric Anesthesia, Satellite Session of Critical Care Society. Tokyo, Japan. Feb 27, 1988.

Perioperative blood loss and the concept of oxygen availability. Bielefeld Anaesthesiologists Colloquium. Bielefeld, Germany. Mar 12, 1988.

Controversy re: IMV. University of Munster. Munster, Germany. Mar 14, 1988.

New modes of mechanical ventilation. Bielefeld Society of Anaesthesiology. Bielefeld, Germany. Mar 15, 1988.

Pressure release ventilation. Sunshine Seminar. Florida Society for Respiratory Care. Jacksonville, FL. Apr 22, 1988.

Airway pressure release ventilation (APRV). XVIII Corso Nazionale di aggiornamento in Rianimazione e Terapia Intensiva. Milano, Italy. May 5, 1988.

New modes of ventilation; Oximetry in assessment of cardiopulmonary function; Clinical research -- the role of intensivists (May 12). The Australian and New Zealand Intensive Care Society Eighth Continuing Education Meeting: in conjunction with The Royal Australasian College of Physicians Golden Jubilee Meeting. Sydney, Australia. May 12-13, 1988.

Critical care medicine and anesthesia: New theories and therapy (Chairman of panel). World Congress of Anesthesiology. Washington, D.C. May 25, 1988.

New forms of mechanical ventilation, Panel Member (June 2). 17th Annual Educational and Scientific Symposium, Society of Critical Care Medicine. Orlando, FL. May 31-June 3, 1988.

New modes of ventilation; Monitoring cardiopulmonary function. Cardiopulmonary Seminar. Sarasota, FL. July 30, 1988.

New modes of ventilatory support -- CPAP, pressure support, and airway pressure release ventilation (Sept 4). Update on Patient Management: Implications for the Intensivist. Second Annual Society of Critical Care Medicine Fellows Symposium. Napa Valley, CA. Sept 2-5, 1988.

Dual oximetry in the assessment of cardiopulmonary function; New modes of ventilation (Sept 18). 19th Annual Anesthesiology Symposium. Norfolk, VA. Sept 15-18, 1988.

Airway pressure release ventilation (APRV): A new approach to the management of acute lung injury. Conference on Mechanical Ventilation. California Society of Respiratory Care. Los Angeles, CA. Oct 7, 1988.

Extubation and evaluation parameters. 19th Annual Seminar for Post Anesthesia Personnel. Society of Post Anesthesia Care Nurses. Tampa FL. Oct 14, 1988.

Physiological correlates; Dual oximetry in the assessment of cardiopulmonary function: Introduction to continuous $SvO_2$ as a guide to the adequacy and management of hemodynamic function. Critical Care Symposium. West Palm Beach, FL. Oct 21-22, 1988.

Physiological correlates; Dual oximetry: The delicate balance -- Introduction to continuous $SvO_2$ monitoring as a guide to the adequacy and management of hemodynamic function. Chief Residents Symposium. Palm Desert, CA.. Nov 4-6, 1988.

New modes of mechanical ventilation; Monitoring cardiopulmonary functions with dual oximetry. State University of New York at Stony Brook, NY. Dec 15-16, 1988.

Prevention and treatment of postoperative pulmonary complications. 26th Annual Postgraduate Seminar in Anesthesiology. Miami Beach, FL. Jan 5-8, 1989.

New aspects of CPAP; New techniques of weaning from mechanical ventilation. 1st Annual Mid-Winter Meeting. The American Society of Critical Care Anesthesiologists. Scottsdale, AZ. Feb 2-5, 1989.

Physiologic effects of ventilatory support; New modes of ventilatory support; Prevention of postoperative ventilatory complications. New Horizons in Anesthesiology Conference. Copper Mountain, CO. Feb 11-18,1989.

Physiologic effects of raised airway pressure; Why IMV fails; Weaning from ventilatory support; Prevention of postoperative pulmonary complications. 1989 Utah Postgraduate Meeting. Salt Lake City, UT. Feb 17-21,1989.

Future approaches to mechanical ventilation after cardiac surgery. Society of Cardiovascular Anesthesiologists. Seattle, WA. Apr 16-19, 1989.

New modes of ventilation; Dual oximetry in the evaluation of cardiopulmonary function. University of Illinois at Chicago. Chicago, IL. May 4-5, 1989.

Development of new ventilation techniques. Knowledgebase '89. Second Annual Anesthesiology Chief Resident Symposium. Palm Desert, CA. May 18-21,1989.

Airway pressure release ventilation and pressure support. Illinois State Respiratory Care Chapter III Seminar. Champaign, IL. May 26, 1989.

Does technology drive clinical practice or does clinical practice drive technology? Panel Discussion (June 5). Eighteenth Annual Educational Symposium. Society of Critical Care Medicine. New Orleans, LA. June 5-9, 1989.

New modes of artificial ventilation. Third Annual Society of Critical Care Medicine Fellows Symposium. Colorado Springs, CO. Sept 14, 1989.

Airway pressure release ventilation; Mechanical ventilation, panel member. Central European Anesthesia Congress. Innsbruck, Austria. Sept 14, 1989.

Modes of ventilation (Sept 23); Weaning from mechanical ventilation (Sept 24) University of Basel. Basel, Switzerland. Sept 23-24, 1989.

New modes of ventilation. Johns Hopkins University Hospital. Baltimore, MD. Oct 25, 1989.

New modalities in mechanical ventilation; Assessing cardiopulmonary function with oximetry. Anesthesia and the geriatric patient. Sixteenth Annual Symposium. Washington University School of Medicine. St. Louis, MO. Nov 10-12, 1989.

Application/benefits of new ventilatory modalities (Nov 18). . Educational Symposium on Perioperative Care and Annual Meeting. Anesthesia Care Team Society. Lake Buena Vista, FL. Nov 17-19, 1989.

New ventilatory modes; Non-ventilatory management of respiratory failure (Nov 22). Anesthesiology and Critical Care Update 1989. Symposium for Physicians, Nurses, and Respiratory Therapists. Lake Buena Vista, FL. Nov 19-22, 1989.

Oxygen transport (Dec 1). Clinical Update in Critical Care Medicine. First Annual Meeting. Greater Houston Society of Critical Care. Houston, TX. Dec 1-2, 1989.

Acute respiratory failure (Dec 8). Oncology Forum for Physicians. Continuing Medical Education Program. L.W. Blake Memorial Hospital. Bradenton, FL. Dec 8, 1989.

New modes of mechanical ventilation (Dec 9). Postgraduate Assembly in Anesthesiology. New York, NY.  Dec 9-13, 1989.

Dual oximetry: A new method to assess cardiopulmonary function; New modes of artificial ventilation (Jan 11). Anesthesia Update, 1990. San Diego, CA. Jan 11-14, 1990.

New modes of mechanical ventilation; Assessment of oxygenation (Jan 13). Orange County Clinical Update in Critical Care Medicine. Society of Critical Care Medicine. Costa Mesa, CA. Jan 12-13, 1990.

New modes of mechanical ventilation; Assessment of oxygenation (Mar 4). Clinical Update in Critical Care Medicine. Society of Critical Care Medicine.  Dearborn, MI. Mar 3-4, 1990.

Continuous assessment of cardiopulmonary function (Mar 28); Positive airway pressure (Mar 30). 10th International Symposium on Intensive Care and Emergency Medicine.  Brussels, Belgium. Mar 27-30, 1990.

New modes of mechanical ventilation; Assessment of oxygenation (Apr 21). Clinical Update in Critical Care Medicine. Regional Symposium. Society of Critical Care Medicine. Charlotte, NC. Apr 20-21, 1990.

Assessment of cardiopulmonary function using oximetry; Assessment of pulmonary function in the perioperative period (Apr 28). 40th Annual Postgraduate Symposium on Anesthesiology. Kansas City, MO. Apr 27-29, 1990.

The role of the anesthesiologist in the intensive care unit (May 5). Knowledge Base 1990.  Anesthesiology Chief Resident Symposium. Boca Raton, FL. May 3-6, 1990.

New modes of mechanical ventilation. Pulmonary Interdepartmental Conference. James A. Haley Veterans Hospital. Tampa, FL. May 8, 1990.

New modes of mechanical ventilation; Assessment of oxygenation (May 11). Clinical Update in Critical Care Medicine. Regional Meeting. Society of Critical Care Medicine. Baltimore, MD. May 11-12, 1990.

Applications for continuous $SvO_2$ monitoring and controversies in oxygen transport (May 28). Perspectives: Clinical Trade-Offs in Critical Care. Nineteenth Annual Education and Scientific Symposium. Society of Critical Care Medicine. San Francisco, CA. May 29-June 1, 1990.

Monitoring cardiopulmonary function with dual oximetry. James A. Haley Veterans Hospital. Tampa, FL. June 12, 1990.

New modes of mechanical ventilation (June 27). Seventeenth Annual Harvard Course in Intensive Care Medicine. Boston, MA. June 25-27, 1990.

Mechanical ventilation. (Aug 23). Lecture to the neurology residents. James A. Haley Veterans Hospital. Tampa, FL. Aug 23, 1990.

New modes of mechanical ventilation (Aug 31). Eighth Annual Meeting, Florida Society of Critical Care Medicine. Marco Island, FL.  Aug 31-Sept 2, 1990.

Practical aspects of protocol management of critically ill patients (Panel Member); New methods of ventilatory support (Sept 20). Focus: Critical Care 1990. Fifth Biannual Critical Care Conference. Tacoma, WA. Sept 20-21, 1990.

Hemodynamic effects of mechanical ventilation; New modes of mechanical ventilation (Oct 13). Critical Care in the Park 1990. Ohio State University. Mount Sterling, OH. Oct 12-13, 1990.

Principles of mechanical ventilation (Oct 19). Annual Refresher Course. American Society of Anesthesiologists. Las Vegas, NV. Oct 19-23, 1990.

New modes of mechanical ventilation; Assessment of oxygenation (Nov 10). Clinical Update in Critical Care Medicine. Society of Critical Care Medicine. New York, NY. Nov 9 -10, 1990.

Pulmonary function assessments for the anesthetist; Assessing cardiopulmonary function with oximetry (Nov 15). Aspiration pneumonitis (Nov 16). Nineteenth Annual Refresher Course for Nurse Anesthetists. Mt. Sinai Medical Center. Orlando, FL. Nov 15-18, 1990.

New modes of mechanical ventilation; Assessment of oxygenation (Dec 8). Clinical Update in Critical Care Medicine. Harvard University. Boston, MA. Dec 7-8, 1990.

Development of a new department (Jan 5). 1991 Biannual 7-D Educational Committee Meeting. University of South Florida. Tampa, FL. Jan 3-6, 1991.

Ventilator management based on pulmonary pathophysiology (Feb 2). Managing the Critically Ill Patient. New York, NY. Feb 1-3, 1991.

Respiratory failure/ARDS; Positive pressure ventilation; Perioperative pulmonary function assessment. 38th Annual Anesthesiology Review Course. Dannemiller Memorial Educational Foundation. San Antonio, TX. June 2-7, 1991

Physiologic effects of increased airway pressure; Why IMV fails; Weaning from ventilatory support; New modes of mechanical ventilation. International Alaskan Anesthesia Symposium. Dannemiller Memorial Educational Foundation. King Salmon, AK. Aug 17-20, 1991.

The Hawthorne effect in anesthesiology practice; What's new in mechanical ventilation. Annual Meeting. American Society of Anesthesiologists. San Francisco, CA. Oct 26-30, 1991.

Assessment and management of perioperative pulmonary problems; Pulse oximetry -- fact and fancy; Weaning from mechanical ventilation; New modes of mechanical ventilation. Vail Anesthesia Update and Advanced Regional Anesthesia Techniques Workshop. Dannemiller Memorial Educational Foundation. Vail, CO. Jan 5-8, 1992.

A physiologic approach to the treatment of respiratory failure; Evaluation of pulmonary function in the perioperative period; Evaluation of cardiopulmonary function using oximetry. 29th Annual Postgraduate Seminar in Anesthesiology. Mt. Sinai Medical Center. Miami, FL. Jan 9-12, 1992.

New modes of mechanical ventilation; Bedside monitoring of the critically ill patient. The 2nd International Symposium on Cardiothoracic Critical Care. Indonesia Society of Anesthesiologists. Jakarta, Indonesia. Feb 6-8, 1992.

Physiologic effects of raised airway pressure; New modes of ventilatory support; Monitoring cardiopulmonary function with dual oximetry. 3rd Annual Postgraduate-Course in Anesthesiology. University of Utah. Snowbird, UT. Feb 28-Mar 3, 1992.

Assessment of oxygenation using oximetry; Perioperative pulmonary function assessment. Spring Meeting. Minnesota Society of Anesthesiologists. Bloomington, MN. Apr 11, 1992.

Perioperative pulmonary assessment (Apr 25). First Annual. Conference on Advances in Clinical Anesthesiology. Mayo Clinic. Amelia Island, FL. Apr 24-26, 1992.

Bronchospasm: Managing and preventing a potential anesthetic disaster (Apr 28). Fifth Annual Anesthesiology Chief Residents' Symposium. Lake Buena Vista, FL. Apr 27-30, 1992.

Muscle relaxants in the intensive care unit (Discussion Leader). Columbus Society of Critical Care Medicine. Columbus, OH. May 7, 1992.

New concepts in mechanical ventilation. Annual Refresher Course Lectures. American Society of Anesthesiologists New Orleans, LA. Oct 17-21, 1992.

Perioperative pulmonary function assessment (Feb 2); Weaning from ventilatory support (Feb 3); New methods of ventilatory support; Monitoring cardiopulmonary function with dual oximetry (Feb 4). New Horizons in Anesthesiology Program. Emory University. Aspen, CO. Jan 30-Feb 6, 1993.

Dual oximetry and monitoring of cardiopulmonary function; Pressure support and other new ventilatory techniques. Cardiac, Thoracic, and Vascular Anesthesia Update and Review. Mt. Sinai Medical Center, New York, NY. Marriott Marco Island Resort, FL. Feb 12-15, 1993.

New methods of ventilation (Feb 19). Annual Anesthesiology Chief Resident's Symposium. Scottsdale, AZ. Feb 19-21, 1993.

Weaning from mechanical ventilation: Pressure support ventilation vs. traditional approaches. Is there a difference?; Is there any reason to use "high levels of PEEP? Society of Critical Care Medicine. Lake Tahoe, CA. Mar 17-20, 1993.

Perioperative pulmonary function testing; Oximetric assessment of cardiopulmonary function; Physiologic effects of ventilatory support; New modes of mechanical ventilatory support. New Orleans Anesthesiology Comprehensive Review Course. Tulane University. New Orleans, LA. June 6-11, 1993.

New modes of mechanical ventilation. The University of Edinburgh Royal Infirmary; Edinburgh, Scotland. July 12, 1993.

Physiologic aspects of increased airway pressure. Critical care meeting. Australasion Society of Anesthesiology. Jakarta, Indonesia. Aug 21, 1993.

Assessment of oxygenation; New modes of mechanical ventilation; Sedation in the intensive care unit. 8th ASEAN Congress of Anaesthesiologists. Denpasar, Bali. Aug 24, 1993.

Respiratory emergencies. West Volusia Hospital. Deland, FL. Sept 16, 1993.

Why IMV fails; Physiological effects of positive pressure. The Fourteenth Annual Statewide New York Respiratory Care Symposium. New York Society of Respiratory Care. Kiamesha Lake, NY. Sept 22-24, 1993.

Oximetry: fact or fallacy? (Jan 4); Weaning from ventilatory support: Tricks of the trade (Jan 4); New modes of mechanical ventilation (Jan 4); Unique aspects of some respiratory emergencies (Jan 4). Vail Anesthesia Update. University of Miami. Vail, CO. Jan 2-5, 1994

Advanced monitoring techniques -- multisystem organ failure. Tampa General Heathcare; Center for Education, Development, and Research. Tampa, FL. Apr 29, 1994.

Physiologic effects of positive airway pressure I & II; Oximetric evaluation of cardiopulmonary function; New modes of mechanical ventilation (June 20). 41st Annual Anesthesiology Review Course. Dannemiller Memorial Educational Foundation. San Antonio, TX. June 18-24, 1994.

Physiologic effects of positive airway pressure I (Sept 15); Physiologic effects of positive airway pressure II (Sept 15); Oximetric evaluation of cardiopulmonary function (Sept 15); New modes of mechanical ventilation (Sept 15). 25th Annual Fall Anesthesiology Review Course. Dannemiller Memorial Educational Foundation. Washington D.C. Sept 11-16, 1994.

Distinguished lecturer. A personal perspective on new therapies and techniques. Seventh Annual Meeting. American Society of Critical Care Anesthesiologists. San Francisco, CA. Oct 14, 1994.

Airway pressure release ventilation. Mechanical Ventilation Workshop. University of Minnesota. St. Paul, MN. Oct 20-23, 1994.

Airway pressure release. Critical Care/Pulmonary '94. St. Petersburg Junior College. Treasure Island, FL. Nov 18, 1994.

Low pressure ventilation (Nov 23); Is oxygen a toxic gas? (Nov 23). Anesthesiology and Critical Care Update 1994. University of Florida. Lake Buena Vista, FL. Nov 19-23, 1994.

APRV -- Airway pressure release ventilation. Visiting professor. Department of Respiratory Therapy. The Ohio State University. Apr 19, 1995

New Modes of Mechanical Ventilation. 1995 Sunshine Seminar. Florida Society for Respiratory Care, Inc. Tampa, Florida. June 7, 1995

Physiologic effects of positive airway pressure I (June 12); Physiologic effects of positive airway pressure II (June 15); Oximetric evaluation of cardiopulmonary function (June 15); New modes of mechanical ventilation (June 15). 42nd Annual Anesthesiology Review Course. Dannemiller Memorial Educational Foundation. San Antonio, TX. June 10-16, 1995

The physiology of positive airway pressure (Sept 13); Oximetric Evaluation of Cardiopulmonary Function (Sept 14); Visiting Professor at University of Michigan Medical Center. Ann Arbor, MI. Sept 13-14, 1995.

Physiologic Effects of Positive Airway Pressure I; Physiologic Effects of Positive Airway Pressure II; Oximetric Evaluation of Cardiopulmonary Function; New Modes of Mechanical Ventilation; Oxygen's Undesirable Effects (Sept 20) The 26th Annual Fall Anesthesiology Review Course. Dannemiller Memorial Educational Foundation.

Arlington, VA. Sept 17-22, 1995.

Panel: Chairman's View on Academic Advancement of Their Staff(June 6). 1996 Spring Meeting of SEA. Sanibel Harbour Resort, Fort Meyers, FL. June 5-8, 1996.

Airway Pressure Release Ventilation (June 15). The 28th Annual California Society For Respiratory Care Convention. Monterey, CA. June 13-15, 1996.

Unusual Thoughts on Common Respiratory Emergencies (Sept 6). CME Conference. Holmes Regional Medical Center, Inc., Melbourne, FL. Sept 6, 1996.

Controversial Aspects of Oxygen Therapy (Sept 7); Panel Discussion (Sept 7). Florida Society of Anesthesiologists Annual Meeting . Hilton at Walt Disney World Village. Orlando, FL. Sept 6-8, 1996.

Mechanical Ventilation: Spontaneous Modes (Nov 26); Panel Discussion (Nov 26). Critical Care Update 1996  Lake Buena Vista , FL. Nov 23-27, 1996.

Physiologic Effects of Mechanical Ventilation. Erasme University Department of Intensive Care Medicine. Brussels, Belgium. April 18, 1997.

Oximetric Evaluation of Cardiopulmonary Function (Jun 9); Controversial Aspects of Oxygen Therapy (Jun 9); Perioperative Ventilation I & II. The 44th Annual Anesthesiology Review Course - Dannemiller Memorial Educational Foundation. San Antonio, TX. Jun 7-13, 1997.

Oximetric Evaluation of Cardiopulmonary Function (Sept 10); Controversial Aspects of Oxygen Therapy (Sept 10); Perioperative Ventilation I & II (Sept 10). The 28th Annual Fall Anesthesiology Review Course - Dannemiller Memorial Educational Foundation. Washington, D.C. Sept 6-11, 1997.

Cardiotonic Drugs: Has Their Role Changed (Nov 25); Newer Insights into the Physiology of Mechanical Ventilation (Nov 26). Critical Care Update 1997. Lake Buena Vista, FL. Nov 22-26, 1997.

A Faculty Evaluation/Incentive Tool (Mar 11). The IARS 72nd Clinical and Scientific Congress. Orlando, FL. Mar 7-11, 1998.

Patient/ventilator interactions: Moderator (Mar 17); From CPAP and IMV to APRV (Mar 17). 18th International Symposium on Intensive Care and Emergency Medicine. Brussels, Belgium. Mar 17-20, 1998.

Oximetric Evaluation of Cardiopulmonary Function (Jun 14); Controversial Aspects of Oxygen Therapy (Jun 14); Perioperative Ventilation I & II (Jun 14); The ABCs of CPR Revisited: Again! (Jun 14). 45th Annual Dannemiller Anesthesiology Review Course. San Antonio, TX. Jun 13-19, 1998.

From IMV to APRV (Sept 6). 16th Annual Florida Society of Critical Care Medicine Labor Day Weekend Symposium. Marco Island, FL. Sept 5-6, 1998.

Rationale for Ventilatory Support. (Oct. 22, 1998) Multidisciplinary Group Lecture (Trauma/Critical Care/Pulmonary/ Internal Medicine). Tampa General Hospital. MacInnis Auditorium. Tampa, Fl. Oct 22, 1998.

Spontaneous vs. Controlled ventilation: does it make a difference? International Consensus Conference in Intensive Care Medicine. (Oct 30); Toronto, Ontario, Canada. Oct 29-Nov 1, 1998.

Evolution of Mechanical Ventilation. The Toronto Critical Care Medicine Symposium. (Oct 31) Toronto, Ontario, Canada. Oct 29-Nov 1, 1998.

History of Mechanical Ventilation (Jan 8); Newer Modes of Mechanical Ventilation (Jan 8). Washington Thoracic Society's 1999 Chest Conference/Winter Lung Day. Leavenworth, WA. Jan 8-10, 1999.

Controversial Aspects of Oxygen Therapy (Jan 10); Some Different Thoughts on CPR (Jan 10); Perioperative Ventilation (Jan 10). 36th Annual PostGraduate Seminar in Anesthesiology. Palm Beach, FL. Jan 8-10, 1999.

Harmful Effects of Epinephrine on Pulmonary Function During CPR (Feb 18). Academy of Anesthesiology Annual Meeting. La Jolla, CA. Feb 17-21, 1999.

Controversial Aspects of Oxygen Therapy (Feb 27). Florida Society of Anesthesiologists 1999 Annual Meeting. Amelia Island, FL. Feb 26-28, 1999.

From IMV to APRV (Apr 29). Michigan Society of Respiratory Care Conference. Troy, MI. Apr 29, 1999.

The History of Partial Ventilatory Support (Sept 18). Mechanical Ventilation: Principles and Applications. Minneapolis, MN. Sept 16-19, 1999.

Airway Pressure Release Ventilation. (Dec 14). American Association of Respiratory Care Annual Meeting. Las Vegas, NV. Dec 13-14, 1999.

Pressure Controlled Ventilation. Multidisciplinary Trauma Conference. Tampa, FL. Mar 23, 2000.

Mechanical Ventilation I. Fundamental Critical Care Support (FCCS) Course. Tampa, FL. May 1-2, 2000.

Monitoring Oxygenation. Multidisciplinary Trauma Conference. Tampa, FL. Jun 1, 2000.

The Evolution of APRV (Sept 12); Controversial Aspects of Oxygen Therapy (Sept 13). 27th Annual Hawaii Society for Respiratory Care Conference. Waikiki, HI. Sept 12-13, 2000.

Partial Ventilatory Support - From a Weaning Technique to a Primary Mode of Ventilatory Support (Feb 8). 11th International Symposium on Intensive Care Medicine. Bremen, Germany. Feb 6-8, 2001.

Effects of Spontaneous Ventilation; 10th Annual Celebration of Respiratory Care "Breathe Easy" Conference. Tampa, FL. Oct 23, 2001.

The 1st Siemens International Symposium. Mechanical Ventilation in Anesthesia & Intensive Care. Participant. Gran Canaria, Maspalomas, Spain. Jan 17-18, 2002.

Use of APRV - Seminar. University of Tennessee, Knoxville, TN. Jan 21, 2002.

A Historical Perspective of Mechanical Ventilation: From IMV to APRV - A Natural Evolution. Kaiser Hospital Physician Seminar. Oakland, CA. Feb 14, 2002.

APRV user Group Meeting. IU Medical School Campus, Wishard Hospital. Indianapolis, IN Mar 28, 2002.

Twenty Ninth Egan Lecture. Annual Meeting of the American Association of Respiratory Care. Tampa, FL October 7, 2002.

Controversial Aspects of Oxygen Therapy. "Every Breath Counts" Conference. Tampa General Hospital. Tampa, FL October 22, 2002.

Partial Ventilatory Support. APRV, BI-level Ventilation. Permissive Hypercapnia. Oxygenation Monitoring. The 11th Annual Mechanical Ventilation: Principals and Applications. Minneapolis, MN November, 8-10, 2002.

Airway Pressure Release Ventilation. Terre Haute, IN November 11, 2002.

Airway Pressure Release Ventilation. Controversial Aspects of Oxygen Therapy. Respiratory Therapeutics: Trends and Issues. Indianapolis, IN November 12, 2002.

Evolution of Mechanical Ventilation. Florida Society of Respiratory Care Regional Meeting. Tampa, FL November 22, 2002.

Controversial Aspects of Oxygen Therapy. Perioperative Ventilatory Support. 21st Annual N.A.F.A. Disney World Anesthesia Meeting. Lake Buena Vista, FL December 4, 2002.

Evolution of Mechanical Ventilation. Tacoma General Hospital. Tacoma, WA December18, 2002.

Controversial Aspects of Oxygen Therapy. Mayo Clinic Jacksonville. Jacksonville, FL January 6, 2003

Appropriate Ventilatory Support In The Operating Room. Monitoring Adequacy of Oxygenation. Controversial Aspects of Oxygen Therapy. 40th Annual Postgraduate Seminar in Anesthesiology. Fort Lauderdale Beach, FL January 11-12, 2003.

Controversial Aspects of Oxygen Therapy. CME Program of Florida Hospital Deland. Deland, FL January 23, 2003.

From IMV to APRV: A Natural Evolution. Florida Society of Respiratory Care. Gainesville, FL Feb 14,2003

revised 1/31/2003

# ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN                    District of          GEORGIA

Carla J. Keplinger, Individually and
as Administrator of the Estate of
Robert Keplinger

V.

United States of America and its
Agency, the Department of Veterans
Affairs

**SUMMONS IN A CIVIL CASE**

## 1:03-CV-1137

CASE NUMBER:

TO: (Name and address of Defendant)

Mr. John Ashcroft, Attorney General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Marc T. Treadwell
Adams, Jordan & Treadwell, P.C.
P.O. Box 928
Macon, GA  31202-0928

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS                              APR 2 8 2003

CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date              *Signature of Server*

                    _____
                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN _____  District of  _____ GEORGIA

Carla J. Keplinger, Individually and
as Administrator of the Estate of
Robert Keplinger
          V.

**SUMMONS IN A CIVIL CASE**

United States of America and its
Agency, the Department of Veterans
Affairs

CASE NUMBER:

## 1:03-CV-1137

TO: (Name and address of Defendant)

United States Attorney's Office
ATTN: Mr. Curtis Anderson, Civil Process Clerk
Richard B. Russell Federal Building
75 Spring Street, S.W., Suite 600
Atlanta, GA 30303-3309

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Marc T. Treadwell
Adams, Jordan & Treadwell, P.C.
P.O. Box 928
Macon, GA 31202-0928

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS

APR 2 8 2003

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                     *Date*                            *Signature of Server*


                                        _____
                                                     *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.